**Fill in this information to identify the case:**

Debtor name **Tri-State Tire Service, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **17-58141**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 17, 2017**          X **/s/ Michael David Patrick**

Signature of individual signing on behalf of debtor

**Michael David Patrick**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Tri-State Tire Service, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   17-58141

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................... $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................ $ 0.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ $ 2,907,812.54

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 38,270.07

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ 33,717.83

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b

   $ 2,979,800.44



**Fill in this information to identify the case:**

Debtor name  **Tri-State Tire Service, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **17-58141**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

|  |  | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $0.00

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

Debtor    **Tri-State Tire Service, Inc.**
Name

Case number *(If known)*  **17-58141**

**Part 5:**    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    Real property

54. Does the debtor own or lease any real property?

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    <u>Tri-State Tire Service, Inc.</u>
       Name

Case number *(If known)*  <u>17-58141</u>

| | | |
|---|---|---|
| **Part 12:** | **Summary** | |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |



05/12/17                     TRI-STATE TIRE SERVICE, INC

                             043017                            PAGE   1

                             ASSETS


CURRENT ASSETS
CASH IN BANK- OPERATING ACCT
CASH IN BANK- PAYROLL ACCT                    $    (498,163.80)
CASH ON HAND                                        116,690.11
CASH IN BANK - FSA ACCT                                218.00
ACCOUNTS RECEIVABLE                           $      2,949.87
ACCOUNTS RECEIVABLE-VENDORS                       1,439,495.90
NATIONAL ACCOUNTS                                    26,334.50
NOTE RECEIVABLE-SUPER TIRES                         118,965.90
INVENTORY                                           250,000.00
CAPITALIZED INVENTORY (263A)                        215,581.88
DUE FROM OFFICERS-M PATRICK                          63,143.59
DUE FROM OFFICERS-V WHITE                            41,511.88
                                                    101,131.00
                                              -------------
TOTAL CURRENT ASSETS
                                              $   1,877,858.83

FIXED ASSETS
LEASHOLD IMPROVEMENTS                25,785.52
ACCUM. DEPRN.-LEASHOLD IMPROV.      (26,943.53)      (1,158.01)
MACHINERY & EQUIPMENT                97,377.38
ACCUM. DEPRN.-MACH. & EQUIP.        (12,956.32)      84,421.06
AUTOS & TRUCKS                      357,733.40
ACCUM. DEPRN.-AUTOS & TRUCKS        (71,171.91)     286,561.49
ASSETS - SOFTWARE & TECH             48,644.00
                                              -------------
TOTAL FIXED ASSETS
                                                    418,468.54
                                              -------------
TOTAL ASSETS
                                              $   2,296,327.37
                                              =============



05/12/17                    TRI-STATE TIRE SERVICE, INC

                              043017                        PAGE    2

                          LIABILITIES


CURRENT LIABILITIES
ACCOUNTS PAYABLE                        $   1,030,539.36
FIDELITY LINE OF CREDIT                     1,270,837.53
TIRE TAX PAYABLE                                5,068.00
SALES TAX PAYABLE                               1,220.30
EE FSA CONTRIBUTIONS                           (9,147.40)
                                        --------------
TOTAL CURRENT LIABILITIES                              $   2,298,517.79

LONG TERM LIABILITIES
LOAN- DAVID PATRICK                        345,106.37
                                        --------------
TOTAL LONG TERM LIABILITIES                               345,106.37
                                                      --------------
TOTAL LIABILITIES                                     $   2,643,624.16

STOCKHOLDERS' EQUITY
CAPITAL STOCK                           $      30,000.00
DISTRIBUTIONS- M. PATRICK                     (17,100.00)
RETAINED EARNINGS- C CORP                     121,952.00
RETAINED EARNINGS- S CORP                    (267,248.07)
CURRENT EARNINGS                             (214,900.72)
                                        --------------
TOTAL STOCKHOLDERS' EQUITY                            $    (347,296.79)
                                                      --------------
TOTAL LIABILITY &STOCKHOLDERS                         $   2,296,327.37
  EQUITY
                                                      ==============

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Tri-State Tire Service, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 17-58141 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Duro Tire & Wheel** | Describe debtor's property that is subject to a lien | $69,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 116867**
**Atlanta, GA 30368**
Creditor's mailing address

**Vendor**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Fidelity Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 105075**
**Atlanta, GA 30348**
Creditor's mailing address

**Additional Notice Address**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor  **Tri-State Tire Service, Inc.**
Name

Case number (if know)   **17-58141**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Fidelity Bank** | | |
|---|---|---|---|

Creditor's Name

**3490 Piedmont Rd
Suite 1550
Atlanta, GA 30305**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket Lien - all property**

$1,300,000.00          Unknown

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**July 2016**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Nexen Tire America Inc.** | | |
|---|---|---|---|

Creditor's Name

**21073 Pathfinder Rd, Ste
100
Diamond Bar, CA
91765-4023**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Vendor**

$84,481.18          $0.00

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Toyo Tire USA Corp.** | | |
|---|---|---|---|

Creditor's Name

**PO Box 515319
Los Angeles, CA
90051-6598**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Vendor**

$922,198.55          $0.00

Describe the lien

Is the creditor an insider or related party?
☑ No

---

Debtor    **Tri-State Tire Service, Inc.**
_____
Name

Case number (if known)    **17-58141**

Creditor's email address, if known
_____

☐ Yes
Is anyone else liable on this claim?
■ No

Date debt was incurred

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Yokohama Tire Corp** |
| | Creditor's Name |

Describe debtor's property that is subject to a lien
Vendor

$532,132.81    $0.00

**7859 Solution Center
Chicago, IL 60677**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$2,907,812.54

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Name and address

On which line in Part 1 did you enter the related creditor?    Last 4 digits of account number for this entity

---



**Fill in this information to identify the case:**

Debtor name    __Tri-State Tire Service, Inc.__

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    __17-58141__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ADP**<br>**5800 Windward Parkway**<br>**Alpharetta, GA 30005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,100.00** | **$0.00** |
| | Date or dates debt was incurred<br>**April 2017** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Dekalb County Tax Commissioner**<br>**PO Box 100004**<br>**Decatur, GA 30031-7004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,467.27 | $33,467.27 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Personal property taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



Debtor **Tri-State Tire Service, Inc.**
_____
Name

Case number (if known)   **17-58141**
_____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,692.80 | $3,692.80 |
|---|---|---|---|---|

**Dept of Natural Resources**
PO Box 101902
Atlanta, GA 30392

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Tire waste disposal fee**
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 | $10.00 |
|---|---|---|---|---|

**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114-0326

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Omni Trading**
15354 Park Row
Houston, TX 77084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Creditor/ Vendor
Current**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cincinnati Insurance**
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Creditor/Vendor
Insurance
Current**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,323.71 |
|---|---|---|---|

**CITI Visa-Costco**
PO Box 9001016
Louisville, KY 40290-1016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com



Page 2 of 4

Best Case Bankruptcy

Debtor  **Tri-State Tire Service, Inc.**
Name

Case number (if known)   **17-58141**

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $802.04
**Global Equipment Co, Inc.**
**29833 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Hennessy Industries**
**PO Box 91492**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor Current**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.81
**Infinite Energy Inc.**
**Attn: Customer Care**
**PO Box 105247**
**Atlanta, GA 30348-5247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9550,6449,6112,7671**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,336.98
**Ligntning Propco V, LLC**
**66 Franklin St. , Ste 200**
**Orlando, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Old Dominion Freight Line, Inc**
**PO Box 198475**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor Current**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Principle Life Insurance Co.**
**3025 College St.**
**Grand Island, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Life Insurance Current**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
**TCS**
**9939 Fredericksburg Road**
**San Antonio, TX 78240**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Website project that included several developmental phases - project was not completed and vender may have a claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  __Tri-State Tire Service, Inc.__
Name

Case number (if known)  __17-58141__

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| | **Total Printing Systems**<br>2680 Hermitage Dr.<br>Cumming, GA 30041-6338 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $910.29 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| | **Tyres International**<br>4637 Allen Rd.<br>Stow, OH 44224-1037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor Current__

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Name and mailing address

On which line in Part1 or Part 2 is the related creditor (if any) listed?

Last 4 digits of account number, if any

4.1  Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Line  _3.2_

☐ Not listed. Explain _____

_

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 38,270.07 |
| 5b. Total claims from Part 2 | 5b. + $ | 33,717.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 71,987.90 |

| Fill in this information to identify the case: |
|---|

Debtor name **Tri-State Tire Service, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **17-58141**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | commercial lease for premises in Daraville GA | |
|---|---|---|---|
| | State the term remaining | | Premise Lease |
| | | | c/o Vic Newmark |
| | List the contract number of any government contract | | 800 Kennesaw Ave Suite 400 |
| | | | Marietta, GA 30060 |

Fill in this information to identify the case:

Debtor name __**Tri-State Tire Service, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __17-58141__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                    *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Michael Patrick | 545 Treyburn View Alpharetta, GA 30004 | Duro Tire & Wheel | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Michael Patrick | 545 Treyburn View Alpharetta, GA 30004 | Fidelity Bank | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Michael Patrick | 545 Treyburn View Alpharetta, GA 30004 | Fidelity Bank | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Michael Patrick | 545 Treyburn View Alpharetta, GA 30004 | Nexen Tire America Inc. | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.5 | Michael Patrick | 545 Treyburn View Alpharetta, GA 30004 | Toyo Tire USA Corp. | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |

Debtor    **Tri-State Tire Service, Inc.**

Case number *(if known)*    **17-58141**

███ Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                        Column 2: **Creditor**

2.6    **Michael Patrick**        **545 Treyburn View**        **Yokohama Tire Corp**        ■ D ___2.6___
                          **Alpharetta, GA 30004**                                          ☐ E/F _____
                                                                                            ☐ G _____

**Fill in this information to identify the case:**

Debtor name __Tri-State Tire Service, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __17-58141__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  Gross revenue from business

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**
From  1/01/2017 to Filing Date | ■ Operating a business
☐ Other | $2,969,213.82 |
| **For prior year:**
From  1/01/2016 to 12/31/2016 | ■ Operating a business
☐ Other | $11,489,054.00 |
| **For year before that:**
From  1/01/2015 to 12/31/2015 | ■ Operating a business
☐ Other | ◀$12,500,000.00 |

2.  Non-business revenue
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  Certain payments or transfers to creditors within 90 days before filing this case
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
*Check all that apply* |
|---|---|---|---|

| Debtor | Tri-State Tire Service, Inc. | | Case number *(if known)* **17-58141** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See response to SOFA 30** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Toyo Tire USA Corp<br>PO Box 515319<br>Los Angeles, CA 90051 | Tires and invenotry purchased from creditor | April 29, 2017 | $300,000.00 |
| Nexen Tire America<br>21073 Pathfinder Rd<br>Suite 100<br>Diamond Bar, CA 91765 | Tires returned due to line being discontinued | October 2016 | $70,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

LION-008-016967-001-007-170301 016972 K04

3001013949

## DESCRIPTIVE TRANSACTIONS

| Date | Description | Serial | Amount |
|---|---|---|---|
| 2-03 | SEARS 2/1 | | 308.13 |
| 2-02 | WEB TFR FR 0001600009668 | | 1000.00- |
| 2-02 | SWEEP TO 0007503360052 | | 26584.13 |
| 2-02 | TRANSFER FROM LN 0007503360052 | | |
| 2-02 | TRI STATE TIRE SERVICE | 08169292171001 | |
| 2-02 | AETNA SGR CCD | | 21869.00 |
| 2-02 | TRI STATE TIRE INC | | |
| 2-02 | ELECTCOR FDR | 569672005016306 | 2072.58- |
| 2-02 | CASH CONC CCD | | |
| 2-02 | TRI-STATE TIRE | | |
| 2-02 | TRI STATE TIRE SERVICE | | 6.99- |
| 2-02 | COSTPLUSPROCESSI PURCHASE CCD | | |
| 2-02 | FHM INSURANCE CO ACH PAY CCD | | 1216.00- |
| 2-02 | Tri-State Tire Service | 554402008705998 | |
| 2-02 | BANKCARD 8076 MTOT DISC CCD | | 348.77- |
| 2-01 | SWEEP TO 0007503360052 | | 1000.00- |
| 2-01 | TRANSFER FROM LN 0007503360052 | | 42567.46 |
| 2-01 | Tri State Tire Service | | |
| 2-01 | TRAN#21 | | |
| 2-01 | COSTCO ANYWHERE BILLPay PPD | | 69.19- |
| 2-01 | Tri State Tire Service | 0010000503212982 | |
| 2-01 | MAXXIS INTL USA TRADE REC CCD | | 2158.23- |
| 2-01 | N | | |
| 2-01 | U. P. S. | 173210647460 | 6409.42- |
| 2-01 | UPS BILL CCD | | |
| 2-01 | CUSTOMER DEPOSIT | | 22560.26 |

## TOTALLY FREE BUSINESS CHECKING

Account #: 1600005686

| | | |
|---|---|---|
| PREVIOUS BALANCE | 1-31-17 | 110.00- |
| +DEPOSITS/CREDITS | 74 | 1,163,918.17 |
| -CHECKS/DEBITS | 94 | 1,163,696.17 |
| -SERVICE CHARGE | | 222.00 |
| CURRENT BALANCE | | 110.00- |

GO PAPERLESS. SIGN UP
FOR ESTATEMENTS TODAY

TRI STATE TIRE SERVICE INC
PO BOX 921349
NORCROSS GA 30010-1349



LION
P.O. Box 10507S, Atlanta, GA 30348-5075
(404) 248-LION (888) 248-LION www.lionbank.com
Member FDIC

Return
Service
Requested

| | |
|---|---|
| Account # | 1600005686 |
| Mail Code | M |
| Branch | 116 |

Page 1
2-28-17



# FIDELITY BANK
Member FDIC

P.O. Box 105075, Atlanta, GA 30348-5075
(404) 248-LION (888) 248-LION www.lionbank.com

Page    2
2-28-17
Account #    160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 2-03 | | WEB TFR FR 000160009668 | 19027.43 |
| | | AMZ 1/16-1/30 | |
| 2-03 | | WEB TFR FR 000160009668 | 242.28 |
| | | SEARS 1/31 | |
| 2-03 | | CUSTOMER DEPOSIT | 17854.07 |
| 2-03 | | CUSTOMER DEPOSIT | 13484.28 |
| 2-03 | | BANKCARD 8076    MTOT DEP CCD | 925.34 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-03 | | CUSTOMER DEPOSIT | 646.68 |
| 2-03 | | FB RETURN ITEM | 503.64- |
| 2-03 | | Return Item Charge | 12.00- |
| 2-03 | | OutWire·Yokohama Tire Corporat· | 31545.22- |
| 2-03 | | Outgoing Wire Fee(s) | 22.00- |
| 2-03 | | MAXXIS INTL USA    TRADE REC CCD | 360.42- |
| | | 001000050313082 | |
| | | Tri State Tire Service | |
| 2-03 | | SWEEP TO 000750360052 | 20044.93- |
| 2-06 | | WEB TFR FR 000160009668 | 688.20 |
| | | JET 2/3 | |
| 2-06 | | CUSTOMER DEPOSIT | 5956.81 |
| 2-06 | | CUSTOMER DEPOSIT | 2105.34 |
| 2-06 | | BANKCARD 8076    MTOT DEP CCD | 502.55 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-06 | | BANKCARD 8076    MTOT DEP CCD | 346.79 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-06 | | MAXXIS INTL USA    TRADE REC CCD | 300.35- |
| | | 001000050313132 | |
| | | Tri State Tire Service | |
| 2-06 | | SWEEP TO 000750360052 | 6744.81- |
| 2-07 | | WEB TFR FR 000160009668 | 719.25 |
| | | SEARS 2/6 | |
| 2-07 | | WEB TFR FR 000160009668 | 14363.73 |
| | | PAYPAL 2/6 | |
| 2-07 | | WEB TFR FR 000160009668 | 203.60 |
| | | SEARS 2/6 | |
| 2-07 | | CUSTOMER DEPOSIT | 21152.57 |
| 2-07 | | BANKCARD 8076    MTOT DEP CCD | 45.27 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-07 | | SWEEP TO 000750360052 | 36484.42- |
| 2-08 | | CUSTOMER DEPOSIT | 14733.45 |
| 2-08 | | U. P. S.    UPS BILL CCD | 6261.11- |
| | | 170280000A7V060 | |
| | | X | |
| 2-08 | | ENDICIA    ENDICIAPMT | 10.00- |
| | | R173000524 CCD | |
| | | Shawnessy Finnie | |
| 2-08 | | TRANSFER FROM LN 0000750360052 | 8489.13 |
| 2-08 | | SWEEP TO 000750360052 | 1000.00- |
| 2-09 | | CUSTOMER DEPOSIT | 8223.49 |
| 2-09 | | CUSTOMER DEPOSIT | 503.64 |
| 2-09 | | BANKCARD 8076    MTOT DEP CCD | 427.72 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-09 | | FLEETCOR FDR    CASH CONC CCD | 2106.83- |
| | | 569672005016306 | |
| | | TRI STATE TIRE INC | |
| 2-09 | | SWEEP TO 000750360052 | 6641.45- |
| 2-10 | | CUSTOMER DEPOSIT | 17667.00 |
| 2-10 | | CUSTOMER DEPOSIT | 13335.57 |

LION-008-016967-001-007-170301 016972 K04

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 2-10 | | FB RETURN ITEM | 740.44- |
| 2-10 | | Return Item Charge | 12.00- |
| 2-10 | | OutWire Yokohama Tire Corporat | 42783.30- |
| 2-10 | | Outgoing Wire Fee(s) | 22.00- |
| 2-10 | | MAXXIS INTL USA   TRADE REC CCD | 1577.48- |
| | | 0010000050313472 | |
| | | Tri State Tire Service | |
| 2-10 | | TRANSFER FROM LN 0000750360052 | 15725.64 |
| 2-10 | | SWEEP TO 000750360052 | 966.00- |
| 2-13 | | CUSTOMER DEPOSIT | 9146.05 |
| 2-13 | | BANKCARD 8076    MTOT DEP CCD | 2543.19 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-13 | | CUSTOMER DEPOSIT | 1492.96 |
| | | CAPITAL ONE      BillPay PPD | 15228.10- |
| | | TRAN#23 | |
| | | Tri State Tire Service | |
| 2-13 | | TRANSFER FROM LN 0000750360052 | 8088.91 |
| 2-13 | | SWEEP TO 000750360052 | 1000.00- |
| 2-14 | | CUSTOMER DEPOSIT | 75819.60 |
| 2-14 | | BANKCARD 8076    MTOT DEP CCD | 8363.82 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-14 | | GPC              GPC EBILL WEB | 563.15- |
| | | 6770778013CHM | |
| | | Tri State Tire Servi | |
| 2-14 | | SWEEP TO 000750360052 | 55858.01- |
| 2-15 | | WEB TFR FR 000160009668 | 128.22 |
| | | SEARS 2/14 | |
| 2-15 | | WEB TFR FR 000160009668 | 179.73 |
| | | SEARS 2/13 | |
| 2-15 | | WEB TFR FR 000160009668 | 14990.79 |
| | | PAYPAL 2/13 | |
| 2-15 | | WEB TFR FR 000160009668 | 941.34 |
| | | JET 2/9 | |
| 2-15 | | BANKCARD 8076    MTOT DEP CCD | 492.32 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-15 | | U. P. S.         UPS BILL CCD | 6594.00- |
| | | 170350000A7V060 | |
| | | X | |
| 2-15 | | ENDICIA          ENDICIAPMT | 25.00- |
| | | R175437380 CCD | |
| | | Shawnessy Finnie | |
| 2-15 | | SWEEP TO 000750360052 | 9434.79- |
| | | WEB TFR FR 000160009669 | 23120.88 |
| | | AMZ 1/30-2/13 | |
| 2-16 | | CUSTOMER DEPOSIT | 29664.75 |
| 2-16 | | CUSTOMER DEPOSIT | 14142.63 |
| 2-16 | | BANKCARD 8076    MTOT DEP CCD | 642.50 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-16 | | FLEETCOR FDR     CASH CONC CCD | 2257.99- |
| | | 569672005016306 | |
| | | TRI STATE TIRE INC | |
| 2-16 | | SWEEP TO 000750360052 | 65082.77- |
| 2-17 | | CUSTOMER DEPOSIT | 21878.72 |
| 2-17 | | CUSTOMER DEPOSIT | 7609.92 |
| 2-17 | | CUSTOMER DEPOSIT | 7393.26 |
| 2-17 | | BANKCARD 8076    MTOT DEP CCD | 398.38 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-17 | | OutWire Yokohama Tire Corporat | 51984.85- |

# FIDELITY BANK
**Member FDIC**

P.O. Box 105075, Atlanta, GA 30348-5075
(404) 248-LION  (888) 248-LION  www.lionbank.com

Page   4
2-28-17

Account #     160005686(

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 2-17 | | Outgoing Wire Fee(s) | 22.00- |
| 2-17 | | ENDICIA          ENDICIAPMT R176531879 CCD Shawnessy Finnie | 10.00- |
| 2-17 | | MAXXIS INTL USA   TRADE REC CCD 001000050313722 Tri State Tire Service | 819.20- |
| 2-17 | | TRANSFER FROM LN 0000750360052 | 83098.29 |
| 2-17 | | SWEEP TO 000750360052 | 978.00- |
| 2-21 | | WEB TFR FR 000160009668 JET 2/17 | 397.07 |
| 2-21 | | WEB TFR FR 000160009668 TBC 2/17 | 19106.27 |
| 2-21 | | CUSTOMER DEPOSIT | 15658.00 |
| 2-21 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 563.74 |
| 2-21 | | GEORGIA ITS TAX   GA TX PYMT 2144833840 CCD TRI STATE TIRE SERVICE | 1003.30- |
| 2-21 | | TRANSFER FROM LN 0000750360052 | 30237.23 |
| 2-21 | | SWEEP TO 000750360052 | 1000.00- |
| 2-22 | | CUSTOMER DEPOSIT | 10860.78 |
| 2-22 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 326.38 |
| 2-22 | | ENDICIA          ENDICIAPMT R177932966 CCD Shawnessy Finnie | 25.00- |
| 2-22 | | U. P. S.          UPS BILL CCD 170420000A7V060 X | 6419.79- |
| 2-22 | | MAXXIS INTL USA   TRADE REC CCD 001000050313882 Tri State Tire Service | 1216.80- |
| 2-22 | | TRANSFER FROM LN 0000750360052 | 1665.33 |
| 2-22 | | SWEEP TO 000750360052 | 1000.00- |
| 2-23 | | WEB TFR FR 000160009668 SEARS 2/23 | 215.96 |
| 2-23 | | WEB TFR FR 000160009668 TBC 2/23 | 15031.50 |
| 2-23 | | WEB TFR FR 000160009668 TBC 2/23 | 100975.77 |
| 2-23 | | WEB TFR FR 000160009668 TBC 2/22 | 2019.51 |
| 2-23 | | WEB TFR FR 000160009668 SEARS 2/21 | 162.44 |
| 2-23 | | WEB TFR FR 000160009668 SEARS 2/21 | 330.96 |
| 2-23 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 176.96 |
| 2-23 | | ENDICIA          ENDICIAPMT R178423638 CCD Shawnessy Finnie | 25.00- |
| 2-23 | | MAXXIS INTL USA   TRADE REC CCD 001000050314032 Tri State Tire Service | 307.42- |
| 2-23 | | FLEETCOR FDR      CASH CONC CCD 56967200501630G TRI STATE TIRE INC | 2405.80- |
| 2-23 | | SWEEP TO 000750360052 | 114895.38- |
| 2-24 | | CUSTOMER DEPOSIT | 72991.16 |

Page   5
2-28-17
Account #      160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 2-24 | | CUSTOMER DEPOSIT | 13758.27 |
| 2-24 | | CUSTOMER DEPOSIT | 740.44 |
| 2-24 | | BANKCARD 8076       MTOT DEP CCD | 234.76 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-24 | | ENDICIA            ENDICIAPMT | 10.00- |
| | | R178952162 CCD | |
| | | Shawnessy Finnie | |
| 2-24 | | MAXXIS INTL USA    TRADE REC CCD | 2187.44- |
| | | 0010000050314162 | |
| | | Tri State Tire Service | |
| 2-24 | | SWEEP TO 000750360052 | 85395.49- |
| 2-27 | | BANKCARD 8076       MTOT DEP CCD | 1076.22 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-27 | | OutWire Toyo Tire Holdings of | 196348.30- |
| | | Outgoing Wire Fee(s) | 22.00- |
| | | ENDICIA            ENDICIAPMT | 10.00- |
| | | R179396469 CCD | |
| | | Shawnessy Finnie | |
| 2-27 | | ENDICIA            ENDICIAPMT | 50.00- |
| | | R179407758 CCD | |
| | | Shawnessy Finnie | |
| 2-27 | | TRANSFER FROM LN 0000750360052 | 196332.08 |
| 2-27 | | SWEEP TO 000750360052 | 978.00- |
| 2-28 | | WEB TFR FR 000160009668 | 19584.99 |
| | | PAYPAL 2/21 | |
| 2-28 | | WEB TFR FR 000160009668 | 556.92 |
| | | SEARS 2/27 | |
| 2-28 | | WEB TFR FR 000160009668 | 22426.26 |
| | | PAYPAL 2/27 | |
| 2-28 | | WEB TFR FR 000160009668 | 987.64 |
| | | JET 2/24 | |
| 2-28 | | CUSTOMER DEPOSIT | 27390.41 |
| 2-28 | | CUSTOMER DEPOSIT | 24878.19 |
| 2-28 | | BANKCARD 8076       MTOT DEP CCD | 2897.63 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 2-28 | | CUSTOMER DEPOSIT | 1494.47 |
| 2-28 | | CUSTOMER DEPOSIT | 1214.76 |
| 2-28 | | CUSTOMER DEPOSIT | 100.00 |
| 2-28 | | SWEEP TO 000750360052 | 101531.27- |
| 2-28 | | AUTOMATIC SVC CHARGE | 110.00- |

## CHECKS PAID

| No. | Date | Amount | No. | Date | Amount |
|-----|------|--------|-----|------|--------|
| 27866 | 2-13 | 4680.85 | 27900 | 2-10 | 626.99 |
| 27874* | 2-09 | 195.71 | 27901 | 2-08 | 15168.49 |
| 27887* | 2-01 | 25.00 | 27902 | 2-06 | 271.75 |
| 27888 | 2-02 | 67.79 | 27903 | 2-17 | 606.55 |
| 27889 | 2-01 | 1279.50 | 27904 | 2-13 | 142.16 |
| 27893* | 2-01 | 15168.49 | 27905 | 2-14 | 270.00 |
| 27894 | 2-06 | 150.00 | 27906 | 2-08 | 782.98 |
| 27896* | 2-01 | 38916.50 | 27907 | 2-13 | 220.00 |
| 27897 | 2-06 | 2132.78 | 27908 | 2-14 | 43.40 |
| 27898 | 2-09 | 102.28 | 27909 | 2-15 | 678.61 |
| 27899 | 2-09 | 108.58 | 27910 | 2-16 | 230.00 |



# FIDELITY BANK
Member FDIC

P.O. Box 105075, Atlanta, GA 30348-5075
(404) 248-LION  (888) 248-LION  www.lionbank.com

```
                                                    Page    6
                                                    2-28-17
                              Account  #    160005686
```

## CHECKS PAID - *continued*

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 27911 | 2-14 | 212.01 | 27920 | 2-21 | 1601.79 |
| 27912 | 2-14 | 2862.70 | 27921 | 2-22 | 98.48 |
| 27913 | 2-14 | 19622.59 | 27922 | 2-21 | 69.99 |
| 27914 | 2-14 | 1526.56 | 27923 | 2-22 | 4092.42 |
| 27915 | 2-17 | 65957.97 | 27924 | 2-21 | 13006.11 |
| 27917* | 2-21 | 12817.76 | 27926* | 2-24 | 131.70 |
| 27918 | 2-21 | 36463.36 | 50001* | 2-14 | 3225.00 |
| 27919 | 2-23 | 1279.50 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1-31 | 110.00- | 2-01 | | 2-28 | 110.00- |

LION-008-016967-001-007-170301 016972 K04

Account: 006005685
Fidelity Bank
Case 17-58141-jwc    Doc 10    Filed 05/18/17    Entered 05/18/17 04:43:49    Desc Main
Period: January 31, 2017 to February 28, 2017
Document    Page 26 of 72
Page 7



02/17/2017    $22560.26



02/06/2017    $2105.34





02/03/2017    $17854.07



02/07/2017    $21152.57

02/03/2017    $23484.28



02/08/2017    $14733.45



02/03/2017    $646.68



02/09/2017    $8223.49



02/06/2017    $5956.81



02/09/2017    $503.64

LION-008-016967-001-007-170301 016972

DEPOSIT TICKET 02-10-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
ROAs ONLY $ $17,667.00
⑆061102400⑆ 016 0005686⑈ 10
02/10/2017 $17667.00

DEPOSIT TICKET 02-15-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
$ $29,664.75
⑆061102400⑆ 016 0005686⑈ 10
02/16/2017 $29664.75

DEPOSIT TICKET 02-09-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
$ $13,335.57
⑆061102400⑆ 016 0005686⑈ 10
02/10/2017 $13335.57

DEPOSIT TICKET 02-14-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
$ $14,142.63
⑆061102400⑆ 016 0005686⑈ 10
02/16/2017 $14142.63

DEPOSIT TICKET 02-1[illegible]
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
(less ROA's) $ $9,146.05
⑆061102400⑆ 016 0005686⑈ 10
02/13/2017 $9146.05

DEPOSIT TICKET 02-16-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
$ $21,878.72
⑆061102400⑆ 016 0005686⑈ 10
02/17/2017 $21878.72

DEPOSIT TICKET 02-11-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
$ $1,492.96
⑆061102400⑆ 015 0005686⑈ 10
02/13/2017 $1492.96

DEPOSIT TICKET #2 02-17-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
PART 2 $ 7,609.92
⑆061102400⑆ 016 0005686⑈ 10
02/17/2017 $7609.92

DEPOSIT TICKET 02-13-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
$ $75,819.60
⑆061102400⑆ 016 0005686⑈ 10
02/14/2017 $75819.60

DEPOSIT TICKET #1 02-17-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360
FIDELITY BANK
PART 1 $ $7,393.26
⑆061102400⑆ 016 0005686⑈ 10
02/17/2017 $7393.26

Account: 0100005686
Fidelity Bank
Case 17-58141-jwc    Doc 10    Filed 05/18/17    Entered 05/18/17 04:43:49    Desc Main
Period: January 31, 2017 to February 28, 2017
Document    Page 28 of 72
Page 9




$ $15,658.00


$ $27,390.41


$ $10,860.78

02/22/2017    $10860.78


$ $24,878.19

02/28/2017    $24878.19

$ $72,991.16

02/24/2017    $72991.16

$ $1,494.17

02/28/2017    $1494.47

$ $13,758.27

02/24/2017    $13758.27

$ $1,214.76

02/28/2017    $1214.76


Acct# 3696    $ $740.44

02/24/2017    $740.44


$ $100.00

02/28/2017    $100.00

LION-008-016967-001-007-170301 016972 K04



27866    02/13/2017    $4680.95



27893    02/01/2017    $15168.49



27874    02/09/2017    $195.71



27894    02/06/2017    $150.00



27887    02/01/2017    $25.00



27896    02/01/2017    $38916.50



27888    02/02/2017    $67.79



27897    02/06/2017    $2132.78



27889    02/01/2017    $1279.50



27898    02/09/2017    $102.28























TST Tri-State Tire — Fidelity Bank
Check No. 027909 — Date 02/08/17
***SIX HUNDRED SEVENTY-EIGHT AND 61/100 DOLLARS
PAY ****678 DOLLARS AND 61 CENTS $***678.61
TO THE ORDER OF GWINN-TECH INC, 2923 PADDOCK TRAIL, DULUTH GA 30096
⑈027909⑈ ⑆061102400⑆ 016 0005686⑈
27909 02/15/2017 $678.61

TST Tri-State Tire — Fidelity Bank
Check No. 027914 — Date 02/08/17
***ONE THOUSAND FIVE HUNDRED TWENTY-SIX AND 56/100 DOLLARS
PAY ***1526 DOLLARS AND 56 CENTS $**1526.56
TO THE ORDER OF VEE RUBBER AMERICA INC, 3602 BROWNS MILL RD, ATLANTA GA 30354
⑈027914⑈ ⑆061102400⑆ 016 0005686⑈
27914 02/14/2017 $1526.56

TST Tri-State Tire — Fidelity Bank
Check No. 027910 — Date 02/08/17
*****TWO HUNDRED THIRTY AND 00/100 DOLLARS
PAY ****230 DOLLARS AND 00 CENTS $***230.00
TO THE ORDER OF MING'S AUTO SERVICE, 5945 BUFORD HWY, DORAVILLE GA 30340
⑈027910⑈ ⑆061102400⑆ 016 0005686⑈
27910 02/16/2017 $230.00

TST Tri-State Tire — Fidelity Bank
Account No. 85889... — Check No. 027915 — Date 02/10/17
65 THOUSAND 9 HUNDRED 57 AND 97/100 DOLLARS
PAY **65957 DOLLARS AND 97 CENTS $*65957.97
TO THE ORDER OF AMERICAN OMNI TRADING CO., 15354 PARK ROW, HOUSTON TX 77084
⑈027915⑈ ⑆061102400⑆ 016 0005686⑈
27915 02/17/2017 $65957.97

TST Tri-State Tire — Fidelity Bank
Check No. 027911 — Date 02/08/17
****TWO HUNDRED TWELVE AND 01/100 DOLLARS
PAY ****212 DOLLARS AND 01 CENTS $***212.01
TO THE ORDER OF ONSITE FLEET SERVICE ATLANTA, P O BOX 81721, ATLANTA GA 30366
⑈027911⑈ ⑆061102400⑆ 016 0005686⑈
27911 02/14/2017 $212.01

TST Tri-State Tire — Fidelity Bank
Check No. 027917 — Date 02/13/17
*****TWE... THOUSAND EIGHT HUNDRED SEVENTEEN AND 76/100 DOLLARS
PAY **12817 DOLLARS AND 76 CENTS $*12817.76
TO THE ORDER OF TYRES INTERNATIONAL, 4637 ALLEN ROAD, STOW OH 44244-1037
⑈027917⑈ ⑆061102400⑆ 016 0005686⑈
27917 02/21/2017 $12817.76

TST Tri-State Tire — Fidelity Bank
Account No. 1719 — Check No. 027912 — Date 02/08/17
****TWO THOUSAND EIGHT HUNDRED SIXTY-TWO AND 70/100 DOLLARS
PAY ***2862 DOLLARS AND 70 CENTS $**2862.70
TO THE ORDER OF ST. LOUIS WHOLESALE TIRE, 3105 BROWN AVE, ST LOUIS MO 63115
⑈027912⑈ ⑆061102400⑆ 016 0005686⑈
27912 02/14/2017 $2862.70

TST Tri-State Tire — Fidelity Bank
Account No. 00... — Check No. 027918 — Date 02/15/17
36 THOUSAND 4 HUNDRED 63 AND 36/100 DOLLARS
PAY **36463 DOLLARS AND 36 CENTS $*36463.36
TO THE ORDER OF DURO TIRE & WHEEL, P O BOX 116967, ATLANTA GA 30368-6967
⑈027918⑈ ⑆061102400⑆ 016 0005686⑈
27918 02/21/2017 $36463.36

TST Tri-State Tire — Fidelity Bank
Account No. 80095 — Check No. 027913 — Date 02/08/17
****NINETEEN THOUSAND SIX HUNDRED TWENTY-TWO AND 59/100 DOLLARS
PAY **19622 DOLLARS AND 59 CENTS $*19622.59
TO THE ORDER OF TYRES INTERNATIONAL, P O BOX 74921, CLEVELAND OH 44194-1004
⑈027913⑈ ⑆061102400⑆ 016 0005686⑈
27913 02/14/2017 $19622.59

TST Tri-State Tire — Fidelity Bank
Check No. 027919 — Date 02/15/17
*****ONE THOUSAND TWO HUNDRED SEVENTY-NINE AND 50/100 DOLLARS
PAY ***1279 DOLLARS AND 50 CENTS $**1279.50
TO THE ORDER OF ES PROFESSIONALS, P O BOX 360625, PITTSBURGH PA 15251-6625
⑈027919⑈ ⑆061102400⑆ 016 0005686⑈
27919 02/23/2017 $1279.50

27920   02/21/2017   $1601.79



27926   02/24/2017   $131.70



27921   02/22/2017   $98.48



50001   02/14/2017   $3225.00



27922   02/21/2017   $69.99



27923   02/22/2017   $4092.42



27924   02/21/2017   $13006.11

LION-008 016967-001-007-170301 016972 K04



# FIDELITY BANK

Return
Service
Requested

P.O. Box 105075, Atlanta, GA 30348-5075
(404) 248-LION (888) 248-LION www.lionbank.com
LION

Page 1
3-31-17
Account #    160005686
Mail Code          M
Branch           116

002266 1.4058 AV 0.373        TR00010
TRI STATE TIRE SERVICE INC
PO BOX 921349
NORCROSS GA 30010-1349

GO PAPERLESS. SIGN UP
FOR ESTATEMENTS TODAY

## TOTALLY FREE BUSINESS CHECKING
Account #: 160005686

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 2-28-17 | | 110.00- |
| +DEPOSITS/CREDITS | 91 | | 1,380,244.16 |
| -CHECKS/DEBITS | 110 | | 1,380,002.16 |
| -SERVICE CHARGE | | | 242.00 |
| CURRENT BALANCE | | | 110.00- |

## DESCRIPTIVE TRANSACTIONS

| Date | Serial | Description | Amount |
|---|---|---|---|
| 3-01 | | WEB TFR FR 000160009668 | 149.12 |
| | | SEARS 2/28 | |
| 3-01 | | CUSTOMER DEPOSIT | 35705.45 |
| 3-01 | | CUSTOMER DEPOSIT | 24504.44 |
| 3-01 | | BANKCARD 8076     MTOT DEP CCD | 927.41 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 3-01 | | CUSTOMER DEPOSIT | 646.68 |
| 3-01 | | J. P. S.     UPS BILL CCD | 8624.95- |
| | | 170490000A7V060 | |
| | | X | |
| 3-01 | | ENDICIA     ENDICIAPMT | 50.00- |
| | | R180527216 CCD | |
| | | Shawnessy Finnie | |
| 3-01 | | ENDICIA     ENDICIAPMT | 100.00- |
| | | R190851672 CCD | |
| | | Shawnessy Finnie | |
| 3-01 | | MAXXIS INTL USA    TRADE REC CCD | 316.90- |
| | | 001000050314332 | |
| | | Tri State Tire Service | |
| 3-01 | | CAPITAL ONE     BillPay PPD | 25000.00- |
| | | TRAN#24 | |
| | | Tri State Tire Service | |
| 3-01 | | SWEEP TO 000750360052 | 27731.25- |
| 3-02 | | WEB TFR FR 000160009668 | 27861.04 |
| | | AMAZON 2/13-2/27 | |
| 3-02 | | WEB TFR FR 000160009668 | 302.56 |
| | | SEARS 3/1 | |
| 3-02 | | WEB TFR TO 000750360052 | 5072.24- |
| | | 043255082697 | |

LION-007-002xx-001-006-170402 002266 K05
3001013949

**NOTE:** SEE REVERSE SIDE FOR IMPORTANT INFORMATION



# FIDELITY BANK
**Member FDIC**

P.O. Box 105075, Atlanta, GA 30348-5075
(404) 248-LION  (888) 248-LION  www.lionbank.com

Page  2
3-31-17

Account #    160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 3-02 | | WEB TFR TO 000160002375<br>TRANSFER | 1000.00- |
| 3-02 | | BANKCARD 8076    MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 127.58 |
| 3-02 | | OutWire Yokohama Tire Corporat | 40295.39- |
| 3-02 | | Outgoing Wire Fee(s) | 22.00- |
| 3-02 | | COSTPLUSPROCESSI PURCHASE CCD<br>TRI-STATE TIRE<br>TRI-STATE TIRE SERVICE | 9.99- |
| 3-02 | | GEORGIA ITS TAX  GA TX PYMT<br>95731728 CCD<br>TRI STATE TIRE SERVICE | 57.41- |
| 3-02 | | FHM INSURANCE CO ACH PAY CCD<br>TRI STATE TIRE SERVICE | 1216.00- |
| 3-02 | | MAXXIS INTL USA  TRADE REC CCD<br>001000050314452<br>Tri State Tire Service | 1376.32- |
| 3-02 | | BANKCARD 8076    MTOT DISC CCD<br>554402008705998<br>Tri-State Tire Service | 544.87- |
| 3-02 | | FLEETCOR FDR    CASH CONC CCD<br>569672005016306<br>TRI STATE TIRE INC | 2060.48- |
| 3-02 | | AETNA          SGR CCD<br>081692817100L<br>TRI STATE TIRE SERVICE | 31.00- |
| 3-02 | | TRANSFER FROM LN 0000750360052 | 25462.95 |
| 3-02 | | SWEEP TO 000750360052 | 978.00- |
| 3-03 | | CUSTOMER DEPOSIT | 21902.56 |
| 3-03 | | CUSTOMER DEPOSIT | 7263.10 |
| 3-03 | | BANKCARD 8076    MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 1534.67 |
| 3-03 | | ADP PAYROLL FEES ADP - FEES<br>666802681756503 CCD<br>TRI-STATE TIRE SERVICE | 168.00- |
| 3-03 | | MAXXIS INTL USA  TRADE REC CCD<br>001000050314482<br>Tri State Tire Service | 948.38- |
| 3-03 | | SWEEP TO 000750360052 | 29583.95 |
| 3-06 | | CUSTOMER DEPOSIT | 27767.13 |
| 3-06 | | CUSTOMER DEPOSIT | 4983.37 |
| 3-06 | | BANKCARD 8076    MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 311.99 |
| 3-06 | | BANKCARD 8076    MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 280.32 |
| 3-06 | | MAXXIS INTL USA  TRADE REC CCD<br>001000050314492<br>Tri State Tire Service | 3776.30- |
| 3-06 | | SWEEP TO 000750360052 | 29566.51 |
| 3-07 | | WEB TFR FR 000160009668<br>PAYPAL 3/6 | 28173.45 |
| 3-07 | | WEB TFR FR 000160009668<br>SEARS 3/3 | 418.74 |
| 3-07 | | WEB TFR FR 000160009668<br>JET 3/3 | 2191.62 |
| 3-07 | | WEB TFR FR 000160009668<br>SEARS 3/2 | 192.72 |
| 3-07 | | CHASE CREDIT CRD EPAY WEB<br>2991488042 | 57.21- |

Page   3
3-31-17
Account #   160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 3-07 | | MICHAEL D PATRICK<br>MAXXIS INTL USA   TRADE REC CCD<br>001000050314542<br>Tri State Tire Service | 667.60- |
| 3-07 | | SWEEP TO 000750360052 | 30251.72- |
| 3-08 | | CUSTOMER DEPOSIT | 14729.71 |
| 3-08 | | CUSTOMER DEPOSIT | 11845.29 |
| 3-08 | | U. P. S.          UPS BILL CCD<br>170560000A7V060<br>X | 8590.88- |
| 3-08 | | CAPITAL ONE        BillPay PPD<br>TRAN#25<br>Tri State Tire Service | 20241.01- |
| 3-08 | | TRANSFER FROM LN 0000750360052 | 33256.89 |
| 3-08 | | SWEEP TO 000750360052 | 1000.00- |
| 3-09 | | BANKCARD 8076     MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 2670.32 |
| | | FLEETCOR FDR       CASH CONC CCD<br>569672005016306<br>TRI STATE TIRE INC | 2161.10- |
| 3-09 | | TRANSFER FROM LN 0000750360052 | 94931.59 |
| 3-09 | | SWEEP TO 000750360052 | 1000.00- |
| 3-10 | | CUSTOMER DEPOSIT | 25442.32 |
| 3-10 | | CUSTOMER DEPOSIT | 21872.45 |
| 3-10 | | BANKCARD 8076     MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 821.48 |
| 3-10 | | MAXXIS INTL USA   TRADE REC CCD<br>001000050314822<br>Tri State Tire Service | 2876.46- |
| 3-10 | | SWEEP TO 000750360052 | 45259.79- |
| 3-13 | | WEB TFR FR 000160009668<br>JET 3/8 | 2260.01 |
| 3-13 | | WEB TFR FR 000160009668<br>SEARS 3/10 | 429.45 |
| 3-13 | | WEB TFR FR 000160009668<br>SEARS 3/10 | 120.16 |
| 3-13 | | WEB TFR FR 000160009668<br>SEARS 3/8 | 105.53 |
| 3-13 | | WEB TFR FR 000160009668<br>SEARS 3/10 | 76.62 |
| 3-13 | | CUSTOMER DEPOSIT | 20837.79 |
| 3-13 | | CUSTOMER DEPOSIT | 9049.64 |
| 3-13 | | BANKCARD 8076     MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 3184.52 |
| 3-13 | | BANKCARD 8076     MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 317.97 |
| 3-13 | | ENDICIA          ENDICIAPMT<br>R184711291 CCD<br>Shawnessy Finnie | 50.00- |
| 3-13 | | SWEEP TO 000750360052 | 36331.69- |
| 3-14 | | WEB TFR FR 000160009668<br>JET 3/13 | 2080.06 |
| 3-14 | | BANKCARD 8076     MTOT DEP CCD<br>554402008705998<br>Tri-State Tire Service | 128.89 |
| 3-14 | | MAXXIS INTL USA   TRADE REC CCD<br>001000050314892<br>Tri State Tire Service | 830.88- |
| 3-14 | | TRANSFER FROM LN 0000750360052 | 113065.40 |

# FIDELITY BANK

**Member FDIC**

P.O. Box 105075, Atlanta, GA 30348-5075
(404) 248-LION  (888) 248-LION  www.lionbank.com

Page   4
3-31-17
Account #      160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 3-14 | | SWEEP TO 000750360052 | 1000.00- |
| 3-15 | | WEB TFR FR 000160009668 | 37893.70 |
| | | PAYPAL 3/14 | |
| 3-15 | | U. P. S.          UPS BILL CCD | 13067.58- |
| | | 170630000A7V060 | |
| | | X | |
| 3-15 | | ENDICIA          ENDICIAPMT | 50.00 |
| | | R186038748 CCD | |
| | | Shawnessy Finnie | |
| 3-15 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R186283000 CCD | |
| | | Shawnessy Finnie | |
| 3-15 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R186283329 CCD | |
| | | Shawnessy Finnie | |
| 3-15 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R186442074 CCD | |
| | | Shawnessy Finnie | |
| 3-15 | | GEORGIA ITS TAX  GA TX PYMT | 1161.57- |
| | | 2127432976 CCD | |
| | | TRI STATE TIRE SERVICE | |
| 3-15 | | SWEEP TO 000750360052 | 23584.55- |
| 3-16 | | WEB TFR FR 000160009668 | 904.30 |
| | | SEARS 3/15 | |
| 3-16 | | WEB TFR FR 000160009668 | 35924.13 |
| | | AMZ 3/07-3/13 | |
| 3-16 | | CUSTOMER DEPOSIT | 55293.00 |
| 3-16 | | CUSTOMER DEPOSIT | 39216.35 |
| 3-16 | | BANKCARD 8076    MTOT DEP CCD | 6228.70 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 3-16 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R186704211 CCD | |
| | | Shawnessy Finnie | |
| 3-16 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R186973365 CCD | |
| | | Shawnessy Finnie | |
| 3-16 | | FLEETCOR FDR     CASH CONC CCD | 2111.95- |
| | | 569672005016306 | |
| | | TRI STATE TIRE INC | |
| 3-16 | | SWEEP TO 000750360052 | 114279.74- |
| 3-17 | | WEB TFR FR 000160009668 | 403.70 |
| | | SEARS 3/16 | |
| 3-17 | | WEB TFR TO 000160015003 | 2000.00- |
| | | FSA FUNDING | |
| 3-17 | | BANKCARD 8076    MTOT DEP CCD | 2256.69 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 3-17 | | ENDICIA          ENDICIAPMT | 100.00- |
| | | R187183251 CCD | |
| | | Shawnessy Finnie | |
| 3-17 | | TRANSFER FROM LN 0000750360052 | 439.61 |
| 3-17 | | SWEEP TO 000750360052 | 1000.00- |
| 3-20 | | WEB TFR FR 000160009668 | 81.04 |
| | | SEARS 3/17 | |
| 3-20 | | CUSTOMER DEPOSIT | 53643.51 |
| 3-20 | | CUSTOMER DEPOSIT | 34549.38 |
| 3-20 | | CUSTOMER DEPOSIT | 21193.54 |
| 3-20 | | CUSTOMER DEPOSIT | 7837.17 |
| 3-20 | | CUSTOMER DEPOSIT | 1647.77 |
| 3-20 | | OutWire Yokohama Tire Corporat | 150666.56- |
| 3-20 | | Outgoing Wire Fee(s) | 22.00- |
| 3-20 | | TRANSFER FROM LN 0000750360052 | 58095.84 |

LION-007-002266-001-006-170402 002266 K05

Page   5
3-31-17
Account #    160005680

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 3-20 | | SWEEP TO 000750360052 | 978.00- |
| 3-21 | | WEB TFR FR 000160009668 PAYPAL 3/20 | 5784.19 |
| 3-21 | | WEB TFR FR 000160009668 SEARS 3/20 | 96.50 |
| 3-21 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 319.08 |
| 3-21 | | MAXXIS INTL USA   TRADE REC CCD 001000050315252 Tri State Tire Service | 253.52- |
| 3-21 | | MAXXIS INTL USA   TRADE REC CCD 001000050315152 Tri State Tire Service | 721.04- |
| 3-21 | | CAPITAL ONE      BillPay PPD TRAN#26 Tri State Tire Service | 45481.91- |
| 3-21 | | TRANSFER FROM LN 0000750360052 | 50173.37 |
| | | SWEEP TO 000750360052 | 1000.00- |
| | | ENDICIA         ENDICIAPMT R189810603 CCD Shawnessy Finnie | 25.00- |
| 3-22 | | U. P. S.        UPS BILL CCD 170700000A7V060 X | 11724.97- |
| 3-22 | | MAXXIS INTL USA   TRADE REC CCD 001000050315172 Tri State Tire Service | 3377.34- |
| 3-22 | | MAXXIS INTL USA   TRADE REC CCD 001000050315382 Tri State Tire Service | 629.48- |
| 3-22 | | TRANSFER FROM LN 0000750360052 | 28671.48 |
| 3-22 | | SWEEP TO 000750360052 | 1000.00- |
| 3-23 | | CUSTOMER DEPOSIT | 21437.84 |
| 3-23 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 1877.83 |
| 3-23 | | ENDICIA         ENDICIAPMT R189478230 CCD Shawnessy Finnie | 10.00- |
| 3-23 | | ENDICIA         ENDICIAPMT R189480614 CCD Shawnessy Finnie | 10.00- |
| 3-23 | | ENDICIA         ENDICIAPMT R189569024 CCD Shawnessy Finnie | 10.00- |
| 3-23 | | FLEETCOR FDR     CASH CONC CCD 569672005016306 TRI STATE TIRE INC | 2187.81- |
| | | SWEEP TO 000750360052 | 19801.86- |
| | | CUSTOMER DEPOSIT | 41699.93 |
| 3-24 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 1055.21 |
| 3-24 | | ENDICIA         ENDICIAPMT R189990702 CCD Shawnessy Finnie | 10.00- |
| 3-24 | | SWEEP TO 000750360052 | 42745.14- |
| 3-27 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 1302.01 |
| 3-27 | | ENDICIA         ENDICIAPMT R191229830 CCD | 10.00- |



# FIDELITY BANK
Member FDIC

P.O. Box 105075, Atlanta, GA 30348-5075
(404) 248-LION (888) 248-LION www.lionbank.com

Page   6
3-31-17
Account #    160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 3-27 | | Shawnessy Finnie SWEEP TO 000750360052 | 1292.01- |
| 3-28 | | CUSTOMER DEPOSIT | 40750.92 |
| 3-28 | | CUSTOMER DEPOSIT | 17908.33 |
| 3-28 | | CUSTOMER DEPOSIT | 14461.26 |
| 3-28 | | CUSTOMER DEPOSIT | 5948.86 |
| 3-28 | | CUSTOMER DEPOSIT | 4408.40 |
| 3-28 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 608.14 |
| 3-28 | | CUSTOMER DEPOSIT | 100.00 |
| 3-28 | | MAXXIS INTL USA   TRADE REC CCD 001000050315522 Tri State Tire Service | 2969.40- |
| 3-28 | | SWEEP TO 000750360052 | 80481.25- |
| 3-29 | | WEB TFR FR 000160009668 AMZ 3/13-3/27 | 26972.09 |
| 3-29 | | WEB TFR FR 000160009668 SIMPLE TIRE | 5805.38 |
| 3-29 | | WEB TFR FR 000160009668 SEARS 3/24 | 448.72 |
| 3-29 | | WEB TFR FR 000160009668 SEARS 3/27 | 474.16 |
| 3-29 | | WEB TFR FR 000160009668 PAYPAL 3/27 | 29288.55 |
| 3-29 | | WEB TFR FR 000160009668 SEARS 3/24 | 90L08 |
| 3-29 | | WEB TFR FR 000160009668 SEAS 3/23 | 156.50 |
| 3-29 | | WEB TFR FR 000160009668 SEARS 3/20 | 637.03 |
| 3-29 | | WEB TFR FR 000160009668 JET 3/21 | 2641.45 |
| 3-29 | | OutWire Tyres International, I | 16879.62- |
| 3-29 | | Outgoing Wire Fee(s) | 22.00- |
| 3-29 | | OutWire American Omni Trading | 32289.59- |
| 3-29 | | Outgoing Wire Fee(s) | 22.00- |
| 3-29 | | OutWire Duro Tire & Wheel | 54647.18- |
| 3-29 | | Outgoing Wire Fee(s) | 22.00- |
| 3-29 | | U. P. S.        UPS BILL CCD 170770000A7V060 X | 10446.77- |
| 3-29 | | ENDICIA         ENDICIAPMT R191701659 CCD Shawnessy Finnie | 10.00- |
| 3-29 | | MAXXIS INTL USA   TRADE REC CCD 001000050315662 Tri State Tire Service | 567.72- |
| 3-29 | | TRANSFER FROM LN 0000750360052 | 49405.71 |
| 3-29 | | SWEEP TO 000750360052 | 934.00- |
| 3-30 | | WEB TFR FR 000160009668 SEARS 3/29 | 518.05 |
| 3-30 | | CUSTOMER DEPOSIT | 11579.21 |
| 3-30 | | CUSTOMER DEPOSIT | 72.00 |
| 3-30 | | BANKCARD 8076    MTOT DEP CCD 554402008705998 Tri-State Tire Service | 30.90 |
| 3-30 | | FLEETCOR FDR     CASH CONC CCD 589672008018306 TRI STATE TIRE INC | 1761.95- |
| 3-30 | | SWEEP TO 000750360052 | 10438.21- |
| 3-31 | | CUSTOMER DEPOSIT | 15821.94 |
| 3-31 | | CUSTOMER DEPOSIT | 10168.77 |

LION-007-002266-001-006-170402 002266 Kos

Page   7
3-31-17
Account #    160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 3-31 | | BANKCARD 8076    MTOT DEP CCD | 878.70 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 3-31 | | OutWire Toyo Tire Holdings of | 90215.96- |
| 3-31 | | Outgoing Wire Fee(s) | 22.00- |
| 3-31 | | ADP PAYROLL FEES ADP - FEES | 168.00- |
| | | 666802685723001 CCD | |
| | | TRI-STATE TIRE SERVICE | |
| 3-31 | | MAXXIS INTL USA   TRADE REC CCD | 645.60- |
| | | 001000050315782 | |
| | | Tri State Tire Service | |
| 3-31 | | TRANSFER FROM LN 0000750360052 | 63160.15 |
| 3-31 | | SWEEP TO 000750560052 | 979.00- |
| 3-31 | | AUTOMATIC SVC CHARGE | 110.00- |

## CHECKS PAID

| No. | Date | Amount | No. | Date | Amount |
|-----|------|--------|-----|------|--------|
| 27925 | 3-02 | 1090.43 | 27940 | 3-21 | 781.80 |
| 27927* | 3-09 | 94440.81 | 27941 | 3-28 | 84.40 |
| 27928 | 3-08 | 30000.00 | 27942 | 3-28 | 90.70 |
| 27929 | 3-14 | 70805.68 | 27943 | 3-23 | 900.00 |
| 27930 | 3-14 | 42637.79 | 27944 | 3-28 | 560.16 |
| 27931 | 3-20 | 1896.88 | 27945 | 3-22 | 1694.02 |
| 27932 | 3-16 | 754.79 | 27946 | 3-22 | 2850.09 |
| 27933 | 3-21 | 3210.39 | 27948* | 3-20 | 20632.94 |
| 27934 | 3-22 | 204.00 | 27949 | 3-21 | 4181.92 |
| 27935 | 3-29 | 28.79 | 27950 | 3-23 | 396.00 |
| 27936 | 3-22 | 5887.08 | 27952* | 3-16 | 20400.00 |
| 27937 | 3-22 | 1279.50 | 27953 | 3-21 | 742.56 |
| 27939* | 3-20 | 2851.87 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2-28 | 110.00- | 3-01 | | 3-31 | 110.00- |

Period: February 28, 2017 to March 31, 2017

Account: 0160005686

Fidelity Bank




03/07/2017    $36,905.45

03/06/2017    $27,767.13

03/01/2017    $24,504.44

03/06/2017    $4983.37

03/01/2017    $646.68

03/06/2017    $14729.71

03/03/2017    $21902.56

03/08/2017    $11845.29

03/03/2017    $7263.10

03/10/2017    $25442.32



03/10/2017      $21672.45



03/20/2017      $59643.51



03/10/2017      $20837.77



03/20/2017      $34549.38



03/13/2017      $9049.64



03/20/2017      $21193.54



03/16/2017      $55293.00



03/20/2017      $7837.17



03/16/2017      $39216.35



03/20/2017      $1647.77

Period: February 28, 2017 to March 31, 2017

Account: 0160005686
Fidelity Bank

DEPOSIT TICKET
03-20-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
$ $1,432.84

`C061102400C 016 0005686C 10`
03/22/2017    $1,432.84

DEPOSIT TICKET
03-25-2017
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
$ $5,948.86

`C061102400C 016 0005686C 10`
03/23/2017    $5948.86

DEPOSIT TICKET
03-21-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
$ $41,699.93

`C061102400C 016 0005686C 10`
03/24/2017    $41699.93

DEPOSIT TICKET
03-21-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
$ $4,408.40

`C061102400C 016 0005686C 10`
03/28/2017    $4408.40

DEPOSIT TICKET
03-20-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
$ $40,750.92

`C061102400C 016 0005686C 10`
03/28/2017    $40750.92



DEPOSIT TICKET
03-28-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
Auto And ATV
#1452
Sniper Inv# 267700
$ $100.00

`C061102400C 016 0005686C 10`
03/28/2017    $100.00



DEPOSIT TICKET
03-23-2017
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
$ $17,908.33

`C061102400C 016 0005686C 10`
03/28/2017    $17908.33

DEPOSIT TICKET
03-28-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
$ $11,579.21

`C061102400C 016 0005686C 10`
03/30/2017    $11579.21



DEPOSIT TICKET
03-24-2017
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 30306
FIDELITY BANK
$ $14,461.26

`C061102400C 016 0005686C 10`
03/30/2017    $14461.26



DEPOSIT TICKET
03-28-17
TRI STATE TIRE SERVICE INC.
4420 G BANKERS DR
DORAVILLE, GEORGIA 33203
FIDELITY BANK
$ $72.00

`C061102400C 016 0005686C 10`
03/30/2017    $72.00

L10N-007-002266-001-006-170402 002266 K05




27729    03/14/2017    $70805.68




27930    03/14/2017    $42637.79




27925    03/20/2017    $1090.43

27931    03/20/2017    $1896.88




27927    03/09/2017    $94440.81

27932    03/16/2017    $754.79




27928    03/09/2017    $30000.00

27933    03/21/2017    $3210.39

Account: 0160005686
Fidelity Bank

Page 12



27934   03/22/2017   $204.00



27940   03/21/2017   $781.80



27935   03/27/2017   $28.79



27941   03/28/2017   $84.40



27936   03/22/2017   $5887.08



27942   03/28/2017   $90.70



27937   03/22/2017   $1279.50



27943   03/23/2017   $900.00



27939   03/20/2017   $2851.87



27944   03/28/2017   $560.16



TST TRI-STATE TIRE — ACCOUNT NO. 1057969100?1 — FIDELITY BANK
CHECK NO. 027945 DATE 03/15/17
****ONE THOUSAND SIX HUNDRED NINETY-FOUR AND 02/100 DOLLARS
PAY ***1694 DOLLARS AND 02 CENTS $***1694.02
TO THE ORDER OF PLIC - SBD GRAND ISLAND, P O BOX 10372, DESMOINES IA 50306-0372
⑈027945⑈ ⑆061102400⑆ 016 0005686⑈

27945 03/22/2017 $1694.02

TST TRI-STATE TIRE — FIDELITY BANK
CHECK NO. 27952 DATE 3-15-17
PAY 20,400 DOLLARS AND 00 CENTS $20,400 00/100
TO THE ORDER OF Karen S. Patrick
Final Re-payment of 2 Loan(s) + interest
⑈027952⑈ ⑆061102400⑆ 016 0005686⑈

27952 03/16/2017 $20400.00

TST TRI-STATE TIRE — ACCOUNT NO. TRISTATETIRE — FIDELITY BANK
CHECK NO. 027946 DATE 03/15/17
****TWO THOUSAND EIGHT HUNDRED FIFTY AND 09/100 DOLLARS
PAY **2850 DOLLARS AND 09 CENTS $**2850.09
TO THE ORDER OF REMA TIP TOP/NORTH AMERICA INC, P O BOX 76, NORTHVALE NJ 07647-0076
⑈027946⑈ ⑆061102400⑆ 016 0005686⑈

27946 03/22/2017 $2850.09

TST TRI-STATE TIRE — FIDELITY BANK
CHECK NO. 27953 DATE 3-17-17
SEVEN HUNDRED FORTY TWO + 56/100
PAY 742 DOLLARS AND 56 CENTS $742 56/100
TO THE ORDER OF JAYS TIRE SHOP
New Returns Refund
⑈027953⑈ ⑆061102400⑆ 016 0005686⑈

27953 03/21/2017 $742.56

TST TRI-STATE TIRE — ACCOUNT NO. 101384 — FIDELITY BANK
CHECK NO. 027948 DATE 03/15/17
****TWENTY THOUSAND SIX HUNDRED THIRTY-TWO AND 94/100 DOLLARS
PAY **20632 DOLLARS AND 94 CENTS $*20632.94
TO THE ORDER OF TIRE DISTRIBUTORS OF GEORGIA, 1180 7TH STREET, MACON GA 31206
⑈027948⑈ ⑆061102400⑆ 016 0005686⑈

27948 03/20/2017 $20632.94

TST TRI-STATE TIRE — FIDELITY BANK
CHECK NO. 027949 DATE 03/15/17
****FOUR THOUSAND ONE HUNDRED EIGHTY-ONE AND 92/100 DOLLARS
PAY ****4181 DOLLARS AND 92 CENTS $****4181.92
TO THE ORDER OF VEE RUBBER AMERICA INC, 3602 BROWNS MILL RD, ATLANTA GA 30354
⑈027949⑈ ⑆061102400⑆ 016 0005686⑈

27949 03/21/2017 $4181.92

TST TRI-STATE TIRE — ACCOUNT NO. TRI4430 — FIDELITY BANK
CHECK NO. 027950 DATE 03/15/17
****THREE HUNDRED NINETY-SIX AND 00/100 DOLLARS
PAY ****396 DOLLARS AND 00 CENTS $****396.00
TO THE ORDER OF WHEEL ACCESSORIES OF GEORGIA, 194 HICKORY SPRINGS IND DRIVE, CANTON GA 30115
⑈027950⑈ ⑆061102400⑆ 016 0005686⑈

27950 03/23/2017 $396.00

# FIDELITY BANK
Member FDIC

P.O. Box 105073
Atlanta, GA 30348-5075
(404) 248-LION
(888) 248-LION
www.lionbank.com

Page    1
4-30-17
Account #        160005686
Mail Code             M
Branch               116

TRI STATE TIRE SERVICE INC
PO BOX 921349
NORCROSS GA 30010-1349

GO PAPERLESS. SIGN UP
FOR ESTATEMENTS TODAY

# TOTALLY FREE BUSINESS CHECKING    Account #: 160005686

| | | |
|---|---|---|
| PREVIOUS BALANCE | 3-31-17 | 110.00- |
| +DEPOSITS/CREDITS | 86 | 843,462.48 |
| -CHECKS/DEBITS | 76 | 843,162.48 |
| -SERVICE CHARGE | | 300.00 |
| CURRENT BALANCE | | 110.00- |

# DESCRIPTIVE TRANSACTIONS

| Date | Serial | Description | Amount |
|---|---|---|---|
| 4-03 | | WEB TFR FR 000160009668 | 415.15 |
| | | SEARS 3/31 | |
| 4-03 | | WEB TFR FR 000160009668 | 293.38 |
| | | SEARS 3/30 | |
| 4-03 | | WEB TFR FR 000160009668 | 419.89 |
| | | JET 3/30 | |
| 4-03 | | CUSTOMER DEPOSIT | 13169.96 |
| 4-03 | | BANKCARD 8076     MTOT DEP CCD | 1234.50 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-03 | | BANKCARD 8076     MTOT DEP CCD | 564.23 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-03 | | AETNA        SGR CCD | 11442.00- |
| | | 0816926171001 | |
| | | TRI STATE TIRE SERVICE | |
| 4-03 | | BANKCARD 8076     MTOT DISC CCD | 625.96- |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-03 | | SWEEP TO 000750360052 | 3418.35- |
| 4-04 | | WEB TFR FR 000160009668 | 200.38- |
| | | SEARS 3/31 | |
| 4-04 | | WEB TFR FR 000160009668 | 23256.17 |
| | | SALE 4/3 | |
| 4-04 | | BANKCARD 8076     MTOT DEP CCD | 845.06 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-04 | | FHM INSURANCE CO ACH PAY CCD | 1216.00- |
| | | TRI STATE TIRE SERVICE | |
| 4-04 | | COSTPLUSPROCESSI PURCHASE CCD | 9.99- |



P.O. Box 105075
Atlanta, GA 30348-5075
(404) 248-LION
(888) 248-LION
www.lionbank.com

Member FDIC

Page   2
4-30-17
Account #   160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| | | TRI-STATE TIRE | |
| | | TRI-STATE TIRE SERVICE | |
| 4-04 | | SWEEP TO 000750360052 | 23075.62- |
| 4-05 | | CUSTOMER DEPOSIT | 25439.33 |
| 4-05 | | CUSTOMER DEPOSIT | 13964.22 |
| 4-05 | | CUSTOMER DEPOSIT | 646.68 |
| 4-05 | | FB RETURN ITEM | 285.49- |
| 4-05 | | Return Item Charge | 12.00- |
| 4-05 | | U. P. S.        UPS BILL CCD | 11057.38- |
| | | 170840000A7V060 | |
| | | X | |
| 4-05 | | SWEEP TO 000750360052 | 28695.36- |
| 4-06 | | BANKCARD 8076      MTOT DEP CCD | 1183.30 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-06 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R195225743 CCD | |
| | | Shawnessy Finnie | |
| 4-06 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R195356571 CCD | |
| | | Shawnessy Finnie | |
| 4-06 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R195358417 CCD | |
| | | Shawnessy Finnie | |
| 4-06 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R195382944 CCD | |
| | | Shawnessy Finnie | |
| 4-06 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R195389020 CCD | |
| | | Shawnessy Finnie | |
| 4-06 | | FLEETCOR FDR      CASH CONC CCD | 1907.22- |
| | | 569672005016306 | |
| | | TRI STATE TIRE INC | |
| 4-06 | | TRANSFER FROM LN 0000750360052 | 1773.92 |
| 4-06 | | SWEEP TO 00075036052 | 1000.00- |
| 4-07 | | CUSTOMER DEPOSIT | 32173.64 |
| 4-07 | | CUSTOMER DEPOSIT | 17684.92 |
| 4-07 | | CUSTOMER DEPOSIT | 17574.94 |
| 4-07 | | BANKCARD 8076      MTOT DEP CCD | 926.37 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-07 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R193307098 CCD | |
| | | Shawnessy Finnie | |
| 4-07 | | SWEEP TO 000750360052 | 68349.87- |
| 4-10 | | BANKCARD 8076      MTOT DEP CCD | 579.48 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-10 | | BANKCARD 8076      MTOT DEP CCD | 47.34 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-10 | | OutWire American Omni Trading | 36090.79- |
| 4-10 | | Outgoing Wire Fee(s) | 22.00- |
| 4-10 | | OutWire Toyo Tire Holdings of | 50000.00- |
| 4-10 | | Outgoing Wire Fee(s) | 22.00- |
| 4-10 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R196233783 CCD | |
| | | Shawnessy Finnie | |
| 4-10 | | MAXXIS INTL USA    TRADE REC CCD | 1189.10- |
| | | 001000050316232 | |
| | | Tri State Tire Service | |
| 4-10 | | TRANSFER FROM LN 0000750360052 | 87663.07 |
| 4-10 | | SWEEP TO 000750360052 | 956.00- |



FIDELITY BANK
Member FDIC

P.O. Box 105075
Atlanta, GA 30348-5075
(404) 248-LION
(888) 248-LION
www.lionbank.com

Page   3
4-30-17
Account #    160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 4-11 | | WEB TFR TO 000160009668 | 119.12 |
| | | SEARS 4/11 | |
| 4-11 | | WEB TFR FR 000160009668 | 20994.94 |
| | | PAYPAL 4/10 | |
| 4-11 | | WEB TFR FR 000160009668 | 865.50 |
| | | JET 4/7 | |
| 4-11 | | WEB TFR FR 000160009668 | 950.59 |
| | | SEARS 4/7 | |
| 4-11 | | WEB TFR FR 000160009668 | 1423.11 |
| | | SEARS 4/7 | |
| 4-11 | | WEB TFR FR 000160009668 | 671.44 |
| | | SEARS 4/5 | |
| 4-11 | | CUSTOMER DEPOSIT | 46895.01 |
| 4-11 | | CUSTOMER DEPOSIT | 7839.14 |
| 4-11 | | BANKCARD 8076     MTOT DEP CCD | 212.50 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-11 | | MAXXIS INTL USA   TRADE REC CCD | 561.25- |
| | | 001000050316282 | |
| | | Tri State Tire Service | |
| 4-11 | | SWEEP TO 000750360052 | 79601.10- |
| 4-12 | | WEB TFR FR 000160009668 | 7287.59 |
| | | DT 4/11 | |
| 4-12 | | OutWire American Omni Trading | 35406.09- |
| 4-12 | | Outgoing Wire Fee(s) | 22.00- |
| 4-12 | | ENDICIA          ENDICIAPMT | 10.00- |
| | | R197526574 CCD | |
| | | Shawnessy Finnie | |
| 4-12 | | U. P. S.          UPS BILL CCD | 11107.30- |
| | | 170910000A7V060 | |
| 4-12 | | MAXXIS INTL USA   TRADE REC CCD | 407.21- |
| | | 001000050316332 | |
| | | Tri State Tire Service | |
| 4-12 | | TRANSFER FROM LN 000750360052 | 46663.01 |
| 4-12 | | SWEEP TO 000750360052 | 978.00- |
| 4-13 | | WEB TFR FR 000160009668 | 1178.96 |
| | | SEARS 4/12 | |
| 4-13 | | WEB TFR FR 000160009668 | 32240.08 |
| | | AMZ 3/27-4/10 | |
| 4-13 | | WEB TFR TO 000160002375 | 3000.00- |
| | | TRANSFER | |
| 4-13 | | BANKCARD 8076     MTOT DEP CCD | 323.15 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-13 | | PLIC-SBD          INSUR CLM PPD | 3162.34- |
| | | PACT#144209898 | |
| | | Fidelity | |
| 4-13 | | MAXXIS INTL USA   TRADE REC CCD | 559.70- |
| | | 001000050316432 | |
| | | Tri State Tire Service | |
| 4-13 | | FLEETCOR FDR      CASH CONC CCD | 1636.87- |
| | | 569672005016306 | |
| | | TRI STATE TIRE INC | |
| 4-13 | | AETNA             SGR CCD | 11442.00- |
| | | 0816926171001 | |
| | | TRI STATE TIRE SERVICE | |
| 4-13 | | CAPITAL ONE       BillPay PPD | 14132.95- |
| | | TRAN#27 | |
| | | Tri State Tire Service | |
| 4-13 | | COSTCO ANYWHERE   BillPay PPD | 1323.71- |
| | | TRAN#28 | |
| | | Tri State Tire Service | |



P.O. Box 105075
Atlanta, GA 30348-5075
(404) 248-LION
(888) 248-LION
www.lionbank.com

Member FDIC

Page    4
4-30-17
Account #    160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|---|---|---|---|
| 4-13 | | TRANSFER FROM LN 0000750360052 | 2515.38 |
| 4-13 | | SWEEP TO 000750360052 | 1000.00- |
| 4-14 | | WEB TFR FR 000160009668 | 1836.81 |
| | | JET 4/13/17 | |
| 4-14 | | WEB TFR FR 000160009668 | 535.08 |
| | | DT 4/13/17 | |
| 4-14 | | WEB TFR FR 000160009668 | 210.40 |
| | | SEARS 4/13/17 | |
| 4-14 | | CUSTOMER DEPOSIT | 12865.95 |
| 4-14 | | CUSTOMER DEPOSIT | 7134.69 |
| 4-14 | | BANKCARD 8076    MTOT DEP CCD | 567.67 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-14 | | CUSTOMER DEPOSIT | 285.49 |
| 4-14 | | SWEEP TO 000750360052 | 20215.50- |
| 4-17 | | CUSTOMER DEPOSIT | 35434.04 |
| 4-17 | | CUSTOMER DEPOSIT | 7277.92 |
| 4-17 | | CUSTOMER DEPOSIT | 6182.04 |
| 4-17 | | BANKCARD 8076    MTOT DEP CCD | 5344.04 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-17 | | BANKCARD 8076    MTOT DEP CCD | 1171.04 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-17 | | SWEEP TO 000750360052 | 39624.25- |
| 4-18 | | CUSTOMER DEPOSIT | 6465.82 |
| 4-18 | | CUSTOMER DEPOSIT | 2279.24 |
| 4-18 | | BANKCARD 8076    MTOT DEP CCD | 686.13 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-18 | | OutWire American Omni Trading | 37535.10- |
| 4-18 | | Outgoing Wire Fee(s) | 22.00- |
| 4-18 | | TRANSFER FROM LN 0000750360052 | 53942.37 |
| 4-18 | | SWEEP TO 000750360052 | 978.00- |
| 4-19 | | CUSTOMER DEPOSIT | 42849.68 |
| 4-19 | | CUSTOMER DEPOSIT | 8803.42 |
| 4-19 | | FB RETURN ITEM | 285.49- |
| 4-19 | | Return Item Charge | 12.00- |
| 4-19 | | U. P. S.        UPS BILL CCD | 11779.86 |
| | | 170980000A7V060 | |
| | | X | |
| 4-19 | | SWEEP TO 000750360052 | 39119.75- |
| 4-20 | | WEB TFR FR 000160009668 | 939.48 |
| | | SEARS 4/19 | |
| 4-20 | | WEB TFR FR 000160009668 | 194.16 |
| | | SEARS 4/17 | |
| 4-20 | | CUSTOMER DEPOSIT | 35961.93 |
| 4-20 | | CUSTOMER DEPOSIT | 8610.87 |
| 4-20 | | BANKCARD 8076    MTOT DEP CCD | 317.22 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-20 | | OutWire American Omni Trading | 61822.75- |
| 4-20 | | Outgoing Wire Fee(s) | 22.00- |
| 4-20 | | GEORGIA ITS TAX  GA TX PYMT | 1960.00- |
| | | 252811280 CCD | |
| | | TRI STATE TIRE SERVICE | |
| 4-20 | | FLEETCOR FDR    CASH CONC CCD | 1907.40- |
| | | 569672005016308 | |
| | | TRI STATE TIRE INC | |
| 4-20 | | TRANSFER FROM LN 0000750360052 | 20668.49 |
| 4-20 | | SWEEP TO 000750360052 | 978.00- |
| 4-21 | | WEB TFR FR 000160009668 | 592.24 |
| | | SEARS 4/20 | |



**FIDELITY BANK**

P.O. Box 105075
Atlanta, GA 30348-5075
(404) 248-LION
(888) 248-LION
www.lionbank.com
Member FDIC

Page    5
4-30-17
Account #    160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 4-21 | | WEB TFR FR 000160009668 | 17676.52 |
| | | DT 4/20 | |
| 4-21 | | CUST DEP DEP AUT | 8522.54 |
| 4-21 | | CUSTOMER DEPOSIT | 960.02 |
| 4-21 | | BANKCARD 8076    MTOT DEP CCD | 141.34 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-21 | | OutWire American Omni Trading | 36029.70- |
| 4-21 | | Outgoing Wire Fee(s) | 22.00- |
| 4-21 | | TRANSFER FROM LN 0000750360052 | 22579.04 |
| 4-21 | | SWEEP TO 000750360052 | 978.00- |
| 4-24 | | WEB TFR FR 000160009668 | 205.24 |
| | | SEARS 4/14 | |
| 4-24 | | CUSTOMER DEPOSIT | 11444.50 |
| 4-24 | | BANKCARD 8076    MTOT DEP CCD | 856.56 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-24 | | BANKCARD 8076    MTOT DEP CCD | 783.94 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-24 | | SWEEP TO 000750360052 | 6991.28- |
| 4-25 | | CUSTOMER DEPOSIT | 16340.68 |
| 4-25 | | BANKCARD 8076    MTOT DEP CCD | 967.90 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-25 | | CUSTOMER DEPOSIT | 285.49 |
| 4-25 | | SWEEP TO 000750360052 | 17469.72- |
| 4-26 | | U. P. S.    UPS BILL CCD | 7720.47- |
| | | 171050000A7V060 | |
| | | X | |
| 4-26 | | TRANSFER FROM LN 0000750360052 | 8720.47 |
| 4-26 | | SWEEP TO 000750360052 | 1000.00- |
| 4-27 | | WEB TFR FR 000160009668 | 18816.58 |
| | | DT 4/26 | |
| 4-27 | | WEB TFR FR 000160009668 | 45.52 |
| | | SEARS 4/21 | |
| 4-27 | | WEB TFR FR 000160009668 | 1304.53 |
| | | JET 4/21 | |
| 4-27 | | WEB TFR FR 000160009668 | 12188.64 |
| | | AMZ 4/26 | |
| 4-27 | | WEB TFR FR 000160009668 | 432.84 |
| | | CRAFS 4/24 | |
| 4-27 | | WEB TFR FR 000160009375 | 23000.00 |
| | | TRANSFER | |
| 4-27 | | CUSTOMER DEPOSIT | 18473.44 |
| 4-27 | | BANKCARD 8076    MTOT DEP CCD | 87.55 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-27 | | OutWire Toyo Tire Holdings of | 76061.92- |
| 4-27 | | Outgoing Wire Fee(s) | 22.00- |
| 4-27 | | FLEETCOR FDR    CASH CONC CCD | 2192.03- |
| | | 56967200501 6306 | |
| | | TRI STATE TIRE INC | |
| 4-27 | | TRANSFER FROM LN 0000750360052 | 5174.24 |
| 4-27 | | SWEEP TO 000750360052 | 978.00- |
| 4-28 | | WEB TFR FR 000160009668 | 1153.16 |
| | | JET 4/27/17 | |
| 4-28 | | WEB TFR FR 000160009668 | 12458.69 |
| | | DT 4/27/17 | |
| 4-28 | | BANKCARD 8076    MTOT DEP CCD | 1267.16 |
| | | 554402008705998 | |
| | | Tri-State Tire Service | |
| 4-28 | | FB RETURN ITEM | 285.49- |



FIDELITY BANK

Member FDIC

P.O. Box 105075
Atlanta, GA 30348-5075
(404) 248-LION
(888) 248-LION
www.lionbank.com

Page   6
4-30-17
Account #   160005686

## DESCRIPTIVE TRANSACTIONS - *continued*

| Date | Serial | Description | Amount |
|------|--------|-------------|--------|
| 4-28 | | Return Item Charge | 12.00- |
| 4-28 | | ADP PAYROLL FEES ADP - FEES | 168.00- |
| | | 666802682582932 CCD | |
| | | TRI-STATE TIRE SERVICE | |
| 4-28 | | SWEEP TO 000750360052 | 14163.52- |
| 4-28 | | AUTOMATIC SVC CHARGE | 110.00- |

## CHECKS PAID

| No. | Date | Amount | No. | Date | Amount |
|-----|------|--------|-----|------|--------|
| 27938 | 4-03 | 501.00 | 27975 | 4-14 | 3025.09 |
| 27954* | 4-24 | 3496.72 | 27976 | 4-18 | 118.04 |
| 27968* | 4-17 | 4357.20 | 27977 | 4-19 | 456.00 |
| 27969 | 4-21 | 11442.00 | 27978 | 4-18 | 259.70 |
| 27970 | 4-18 | 1279.50 | 27979 | 4-17 | 9482.67 |
| 27971 | 4-25 | 124.35 | 27980 | 4-28 | 250.00 |
| 27972 | 4-18 | 3776.88 | 27981 | 4-18 | 19404.34 |
| 27973 | 4-14 | 195.50 | 27982 | 4-24 | 2797.24 |
| 27974 | 4-17 | 1944.96 | 27984* | 4-27 | 1269.39 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3-31 | 110.00- | 4-03 | | 4-28 | 110.00- |

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

$ 13,269.96

⑈061102400⑈ 016 0005686⑈ 10

04/03/2017    $13169.98

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

$ 17,834.91

⑈061102400⑈ 016 0005686⑈ 10

04/07/2017    $17841.92

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

$ 26,434.75

⑈061102400⑈ 016 0005686⑈ 10

04/04/2017    $26434.84

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

ROAs
Only

$ 23,574.94

⑈061102400⑈ 016 0005686⑈ 10

04/11/2017    $23574.94

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

$ 13,961.22

⑈061102400⑈ 016 0005686⑈ 10

04/05/2017    $13961.22

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

$ 46,895.01

⑈061102400⑈ 016 0005686⑈ 10

04/13/2017    $46895.01

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

$ 646.68

⑈061102400⑈ 016 0005686⑈ 10

04/07/2017    $646.68

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

$ 7,839.14

⑈061102400⑈ 016 0005686⑈ 10

04/14/2017    $7839.14

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

$ 32,173.64

⑈061102400⑈ 016 0005686⑈ 10

04/05/2017    $32173.64

---

TRI STATE TIRE SERVICE INC.
4420 G BANKERS CIR
DORAVILLE, GEORGIA 30360

ROAs Only.

$ 12,865.95

⑈061102400⑈ 016 0005686⑈ 10

04/17/2017    $12865.95

















## CUSTOMER SERVICE INFORMATION

| | PHONE NUMBER | ADDRESS |
|---|---|---|
| ❖ Checking & Savings Accounts, Check Card & ATM Card | 888-248-5466 | FIDELITY BANK P.O. BOX 105075 ATLANTA, GA  30348-5075 |
| ❖ En Español Para Cuentas y de Ahorros | 888-248-5466 | |
| ❖ Bank By Mail (Deposits Only) | N/A | SAME AS ABOVE |
| ❖ Consumer Loan Accounts | 888-248-5466 | FIDELITY BANK P.O. BOX 105690 ATLANTA, GA  30348-5690 |

## HOW TO BALANCE YOUR ACCOUNT



MEMBER FDIC

Debtor   Tri-State Tire Service, Inc. _____   Case number *(if known)*  **17-58141**

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | M. Denise Dotson, LLC 170 Mitchell St. Atlanta, GA 30303 | Attorney Fees | April 2017 Profesisonal fees $5,000.00 Court filing fees $335.00 | $5,335.00 |

Email or website address
ddotsonlaw@me.com

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor    Tri-State Tire Service, Inc.                                    Case number (if known)  17-58141    ‗

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?                              ‗

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    Company may have retained information from guarantors that
    included social security numbers and bank account informaiton.

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.                                                         ‗
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**



Debtor   Tri-State Tire Service, Inc. _____   Case number *(if known)*  17-58141

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Tri-State Tire Service, Inc. | Case number *(if known)* 17-58141 |
|---|---|---|

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Santi & Associates, PC 4010 Old Milton Pkwy Alpharetta, GA 30005 | Prepare company tax returns |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Moore Colson & Company PC 1640 Powers Ferry Rd Bldg 11, Suite 300 Marietta, GA 30067 | Completed foresenic examination report for the period from July 1, 2014 through July 31, 2015 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

Debtor   **Tri-State Tire Service, Inc.**                                   Case number *(if known)*  **17-58141**

---

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

■  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 **Michael Patrick** | **Approximately May 2016** | |

Name and address of the person who has possession of inventory records

Michael Patrick

---

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Patrick** | **545 Treyburn View Alpharetta, GA 30004** | **President and sole owner** | **100%** |

---

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■  No

☐  Yes. Identify below.

---

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

■  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Michael Patrick** 545 Treyburn View Alpharetta, GA 30004 | Weekly salary payments - annual salary approximately $165,000.00 | Weekly | Salary |
| Relationship to debtor Onwer and President | | | |
| 30.2 **Michael Patrick** | $3,000.00 | January 2017 | Dsitribution |
| Relationship to debtor Owner | | | |

---

| Debtor | Tri-State Tire Service, Inc. | | Case number *(if known)*  17-58141 |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | Crystal Patrick<br>545 Treyburn View<br>Alpharetta, GA 30004 | $101,000 annual salary paid through weekly installments | Weekly | Salary |
| | Relationship to debtor<br>Employee | | | |
| 30.4 | Jan Patrick<br>PO Box 924436<br>Norcross, GA 30010 | $50,000.00 annual salary paid weeky | Weekly salary payments | Salary |
| | Relationship to debtor<br>Employee | | | |
| 30.5 | Kay Patrick<br>224 Valley Road<br>Norcross, GA 30071 | $50,000.00 | March | Loan repayment |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      May 17, 2017

/s/ Michael David Patrick                    Michael David Patrick
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael David Patrick** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number | 17-58141 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $ 0.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $ 0.00 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $ 0.00 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 2,907,812.54 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 38,270.07 |
|  | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 33,717.83 |
|  | **Your total liabilities** | $ 2,979,800.44 |

### Part 3:   Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $ N/A |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.................................................... | $ N/A |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum      Summary of Your Assets and Liabilities and Certain Statistical Information

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com



Best Case Bankruptcy

Debtor 1    Tri-State Tire Service, Inc.                                  Case number *(if known)* **17-58141**

8.  From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.                                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| From **Part 4** on *Schedule E/F*, copy the following: | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 37,170.07 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 37,170.07 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael David Patrick** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | NORTHERN DISTRICT OF GEORGIA | |
| Case number | 17-58141 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Sign Below** |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Michael David Patrick**                    X _____
  **Michael David Patrick**                               Signature of Debtor 2
  Signature of Debtor 1

  Date    **May 17, 2017**                               Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com


Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Tri-State Tire Service, Inc.**                Case No.   **17-58141**

                  Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

         ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

         ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

         ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 17, 2017**                         /s/ M. Denise Dotson
*Date*                                         **M. Denise Dotson 227230**
                                          *Signature of Attorney*
                                          **M. Denise Dotson, LLC**
                                          **170 Mitchell St.**
                                          **Atlanta, GA 30303**
                                          **404-526-8869  Fax: 404-526-8855**
                                          **ddotsonlaw@me.com**
                                          *Name of law firm*



Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Georgia

In re   <u>Tri-State Tire Service, Inc.</u>             Case No.   <u>**17-58141**</u>

                     Debtor(s)               Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 17, 2017**               **/s/ Michael David Patrick**

                                         **Michael David Patrick/President**

                                         Signer/Title



ADP
5800 Windward Parkway
Alpharetta, GA 30005


American Omni Trading
15354 Park Row
Houston, TX 77084


Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141


Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496


CITI Visa-Costco
PO Box 9001016
Louisville, KY 40290-1016


Dekalb County Tax Commissioner
PO Box 100004
Decatur, GA 30031-7004


Dept of Natural Resources
PO Box 101902
Atlanta, GA 30392


Duro Tire & Wheel
PO Box 116867
Atlanta, GA 30368


Fidelity Bank
PO Box 105075
Atlanta, GA 30348



Fidelity Bank
3490 Piedmont Rd
Suite 1550
Atlanta, GA 30305


Global Equipment Co, Inc.
29833 Network Place
Chicago, IL 60673


Hennessy Industries
PO Box 91492
Chicago, IL 60693


Infinite Energy Inc.
Attn: Customer Care
PO Box 105247
Atlanta, GA 30348-5247


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326


Lightning Propco V, LLC
66 Franklin St. , Ste 200
Orlando, CA 94607


Nexen Tire America Inc.
21073 Pathfinder Rd, Ste 100
Diamond Bar, CA 91765-4023


Old Dominion Freight Line, Inc
PO Box 198475
Atlanta, GA 30384


Principle Life Insurance Co.
3025 College St.
Grand Island, NE 68803



TCS
9939 Fredericksburg Road
San Antonio, TX 78240


Total Printing Systems
2680 Hermitage Dr.
Cumming, GA 30041-6338


Toyo Tire USA Corp.
PO Box 515319
Los Angeles, CA 90051-6598


Tyres International
4637 Allen Rd.
Stow, OH 44224-1037


Yokohama Tire Corp
7859 Solution Center
Chicago, IL 60677



# United States Bankruptcy Court
## Northern District of Georgia

In re  Tri-State Tire Service, Inc.

Debtor(s)

Case No.  17-58141
Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Tri-State Tire Service, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Michael Patrick
545 Treyburn View
Alpharetta, GA 30004

☐ None [*Check if applicable*]

May 17, 2017
Date

/s/ M. Denise Dotson
M. Denise Dotson 227230
Signature of Attorney or Litigant
Counsel for  Tri-State Tire Service, Inc.
M. Denise Dotson, LLC
170 Mitchell St.
Atlanta, GA 30303
404-526-8869 Fax:404-526-8855
ddotsonlaw@me.com

