| Case No.: | 17-58141 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | Date Filed (f) or Converted (c): | 05/03/2017 (f) |
| For the Period Ending: | 06/30/2020 | §341(a) Meeting Date: | 06/06/2017 |
| | | Claims Bar Date: | 08/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 accounts receivable of various age | $1,977,439.18 | $677,439.18 | | $80,799.68 | FA |
| 2 Wells Fargo bank account | $0.00 | $35.45 | | $35.45 | FA |
| 3 checking account/operating account | $0.00 | $0.00 | | $0.00 | FA |
| 4 Checking account payroll account | $116,690.11 | $116,690.11 | | $0.00 | FA |
| 5 cash in bank FSA account | $2,949.87 | $2,949.87 | | $0.00 | FA |
| 6 inventory | $215,581.88 | $215,581.88 | | $0.00 | FA |
| 7 capitalized inventory | $63,143.59 | $63,143.59 | | $0.00 | FA |
| 8 software and tech | $48,644.00 | $48,644.00 | | $0.00 | FA |
| 9 autos and trucks | $357,733.40 | $357,733.40 | | $60,260.00 | FA |
| 10 leasehold improvements | $25,785.52 | $25,785.52 | | $0.00 | FA |
| 11 machinery and equipment | $97,377.38 | $97,377.38 | | $0.00 | FA |
| 12 possible preferences and fraudulent conveyances (u) | $0.00 | $100,000.00 | | $504,808.45 | FA |
| 13 Principal Life Insurance policy (u) | $0.00 | $1,694.02 | | $1,694.02 | FA |
| 14 Cash on hand (u) | $218.00 | $218.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** — $2,905,562.93 — $1,707,292.40 — $647,597.60 — **Gross Value of Remaining Asset** $0.00

**Major Activities affecting case closing:**

06/08/2020   Trustee has filed adversaries to recover possible preferential transfers and other claims.

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | Current Projected Date Of Final Report (TFR): | 12/31/2020 | /s/ TAMARA MILES OGIER |
|---|---|---|---|---|
| | | | | TAMARA MILES OGIER |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 17-58141 | **Trustee Name:** | Tamara Miles Ogier |
| **Case Name:** | TRI-STATE TIRE SERVICE, INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5790 | **Checking Acct #:** | ******4101 |
| **Co-Debtor Taxpayer ID #:** |  | **Account Title:** | |
| **For Period Beginning:** | 07/01/2019 | **Blanket bond (per case limit):** | $42,250,000.00 |
| **For Period Ending:** | 06/30/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/17/2017 | (1) | Monro Muffler/Brake | accounts receivable | 1121-000 | $621.53 | | $621.53 |
| 05/17/2017 | (1) | Townsend Service Station | accounts receivable | 1121-000 | $67.50 | | $689.03 |
| 05/17/2017 | (1) | E and R Tires Inc | accounts receivable | 1121-000 | $5,443.04 | | $6,132.07 |
| 05/17/2017 | (1) | Hill Tire Co | accounts receivable | 1121-000 | $6,251.40 | | $12,383.47 |
| 05/17/2017 | (1) | Western Distributors DBA Western Wheel & Tire | accounts receivable | 1121-000 | $332.56 | | $12,716.03 |
| 05/17/2017 | (1) | Snider Fleet Solutions | accounts receivable | 1121-000 | $20.60 | | $12,736.63 |
| 05/17/2017 | (1) | Atlanta Commercial Tire | accounts receivable | 1121-000 | $2,141.46 | | $14,878.09 |
| 05/17/2017 | (1) | Tire Distributors of Georgia Inc | accounts receivable | 1121-000 | $2,627.24 | | $17,505.33 |
| 05/17/2017 | (1) | Heritage Auto Group | accounts receivable | 1121-000 | $2,334.43 | | $19,839.76 |
| 05/17/2017 | (1) | Shottenkirk Ford | accounts receivable | 1121-000 | $530.74 | | $20,370.50 |
| 05/17/2017 | (1) | Southern Tire Mart | accounts receivable | 1121-000 | $114.38 | | $20,484.88 |
| 05/17/2017 | (1) | Roswell Infinity/Infinity of Gwinnett/Subaru of Gwinnett | accounts receivable | 1121-000 | $166.73 | | $20,651.61 |
| 05/17/2017 | (1) | Classic Collision, Inc | accounts receivable | 1121-000 | $755.34 | | $21,406.95 |
| 05/17/2017 | (1) | Classic Collision of Sandy Springs | accounts receivable | 1121-000 | $78.50 | | $21,485.45 |
| 05/17/2017 | (1) | Ed Voyles Honda | accounts receivable | 1121-000 | $39.00 | | $21,524.45 |
| 05/17/2017 | (1) | Classic Collion of Gwinnett Place | accounts receivable | 1121-000 | $1,843.41 | | $23,367.86 |
| 05/17/2017 | (1) | Monro Muffler/Brake | accounts receivable | 1121-000 | $1,398.90 | | $24,766.76 |
| 05/17/2017 | (1) | American International Movers Inc | accounts receivable | 1121-000 | $1,618.12 | | $26,384.88 |
| 05/17/2017 | (1) | Greenville Automotive Group Nalley Autopmotive Group | accounts receivable | 1121-000 | $155.88 | | $26,540.76 |
| 05/17/2017 | (1) | Contractors Tire Co Inc | accounts receivable | 1121-000 | $889.60 | | $27,430.36 |
| 06/13/2017 | (1) | Monro Muffler/Brake | accounts receivable | 1121-000 | $632.64 | | $28,063.00 |
| 06/13/2017 | (1) | Shottenkirk Honda | accounts receivable | 1121-000 | $10,718.04 | | $38,781.04 |
| 06/13/2017 | (1) | Kennesaw Tire Co Inc | accounts receivable | 1121-000 | $5,362.01 | | $44,143.05 |
| | | | | **SUBTOTALS** | **$44,143.05** | **$0.00** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 17-58141 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2019 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 06/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/13/2017 | (1) | Hill Tire Co | accounts receivable | 1121-000 | $45.77 | | $44,188.82 |
| 06/13/2017 | (1) | Kram Tire International | accounts receivable | 1121-000 | $87.00 | | $44,275.82 |
| 06/13/2017 | (1) | Palmer Dodge Chrysler Jeep | accounts receivable | 1121-000 | $2,572.08 | | $46,847.90 |
| 06/13/2017 | (1) | EMS of Georgia | accounts receivable | 1121-000 | $446.40 | | $47,294.30 |
| 06/13/2017 | (1) | Wilkinson Tire Center, Inc | accounts receivable | 1121-000 | $117.40 | | $47,411.70 |
| 06/13/2017 | (1) | Robby's Hitchin Post LLC | accounts receivable | 1121-000 | $500.00 | | $47,911.70 |
| 06/13/2017 | (1) | Walsh Honda | accounts receivable | 1121-000 | $7,250.29 | | $55,161.99 |
| 06/13/2017 | (1) | Action Environmental LLC | accounts receivable | 1121-000 | $322.71 | | $55,484.70 |
| 06/13/2017 | (1) | Monro Muffler/Brake | accounts receivable | 1121-000 | $435.61 | | $55,920.31 |
| 06/13/2017 | (1) | Lanier Tire & Wheel, Inc | accounts receivable | 1121-000 | $1,165.58 | | $57,085.89 |
| 06/13/2017 | (1) | Regal Nissan Inc | accounts receivable | 1121-000 | $360.56 | | $57,446.45 |
| 06/13/2017 | (1) | Javelin Southeast Inc. | accounts receivable | 1121-000 | $668.53 | | $58,114.98 |
| 06/13/2017 | (1) | Classic Collision of Rome | accounts receivable | 1121-000 | $59.00 | | $58,173.98 |
| 06/13/2017 | (1) | Action Tire Co | accounts receivable | 1121-000 | $909.11 | | $59,083.09 |
| 06/13/2017 | (1) | Robert Loehr Dodge Jeep | accounts receivable | 1121-000 | $9,527.91 | | $68,611.00 |
| 06/13/2017 | (1) | BridgestoneRetail Operations | accounts receivable | 1121-000 | $240.58 | | $68,851.58 |
| 06/13/2017 | (1) | Howards Full Service Inc | accounts receivable | 1121-000 | $1,464.10 | | $70,315.68 |
| 06/13/2017 | (1) | Athens Trailer Supply | accounts receivable | 1121-000 | $124.90 | | $70,440.58 |
| 06/13/2017 | (1) | US Auto Sales | accounts receivable | 1121-000 | $386.46 | | $70,827.04 |
| 06/13/2017 | (1) | Dekalb Tire | accounts receivable | 1121-000 | $1,531.23 | | $72,358.27 |
| 06/13/2017 | (1) | Stivers Subaru | accounts receivable | 1121-000 | $79.18 | | $72,437.45 |
| 06/21/2017 | (1) | Monro Myffler/Brake | accounts receivable | 1121-000 | $800.76 | | $73,238.21 |
| 06/21/2017 | (1) | Ginn Chevrolet | accounts receivable | 1121-000 | $205.56 | | $73,443.77 |
| 06/21/2017 | (1) | ADP | accounts receivable | 1121-000 | $153.91 | | $73,597.68 |
| 06/27/2017 | (1) | Kram Tire International | accounts receivable | 1121-000 | $311.76 | | $73,909.44 |
| | | | | SUBTOTALS | $29,766.39 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| Case No. | 17-58141 |
| Case Name: | TRI-STATE TIRE SERVICE, INC. |
| Primary Taxpayer ID #: | **-***5790 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2019 |
| For Period Ending: | 06/30/2020 |

| | |
|---|---|
| Trustee Name: | Tamara Miles Ogier |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******4101 |
| Account Title: | |
| Blanket bond (per case limit): | $42,250,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2017 | (1) | BMW of Gwinnett Place | accounts receivable | 1121-000 | $813.56 | | $74,723.00 |
| 06/28/2017 | (1) | Action Tire Co | accounts receivable | 1121-000 | $94.14 | | $74,817.14 |
| 07/11/2017 | (1) | Neighborhood Tire Pros | accounts receivable | 1121-000 | $89.34 | | $74,906.48 |
| 07/11/2017 | (1) | Howards Full Service, Inc | accounts receivable | 1121-000 | $1,265.92 | | $76,172.40 |
| 07/11/2017 | (1) | Wheel Group Holdings LLC | accounts receivable | 1121-000 | $1,859.04 | | $78,031.44 |
| 07/17/2017 | (1) | Howards Full Service, Inc | accounts receivable | 1121-000 | ($1,265.92) | | $76,765.52 |
| 07/19/2017 | (1) | Carey Paul Honda | accounts receivable | 1121-000 | $2,273.06 | | $79,038.58 |
| 07/19/2017 | (1) | Southern Tire Mart, LLC | accounts receivable | 1121-000 | $65.80 | | $79,104.38 |
| 07/27/2017 | (1) | Courtesy | accounts receivable | 1121-000 | $611.84 | | $79,716.22 |
| 07/27/2017 | (1) | Snider Fleet Solutions | accounts receivable | 1121-000 | $20.60 | | $79,736.82 |
| 08/08/2017 | (1) | Maxxis | accounts receivable | 1121-000 | $589.62 | | $80,326.44 |
| 08/08/2017 | (1) | Citibank, NA | accounts receivable | 1121-000 | $31.49 | | $80,357.93 |
| 08/14/2017 | 1001 | Fidelity Bank | pmt of secured claim - order docket no 45 | 4210-000 | | $65,357.93 | $15,000.00 |
| 09/12/2017 | (1) | North Georgia Tire | accounts receivable | 1121-000 | $441.75 | | $15,441.75 |
| 06/29/2020 | (12) | Yokohama Tire | 9019 settlement - order doc no 99 | 1241-000 | $82,500.00 | | $97,941.75 |

| | | | | SUBTOTALS | $89,390.24 | $65,357.93 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | | |
|---|---|---|
| **Case No.** | 17-58141 | |
| **Case Name:** | TRI-STATE TIRE SERVICE, INC. | |
| **Primary Taxpayer ID #:** | **-***5790 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2019 | |
| **For Period Ending:** | 06/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Tamara Miles Ogier |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******4101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $42,250,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $163,299.68 | $65,357.93 | $97,941.75 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | **Subtotal** | $163,299.68 | $65,357.93 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | **Net** | $163,299.68 | $65,357.93 | |

| For the period of 07/01/2019 to 06/30/2020 | | For the entire history of the account between 05/17/2017 to 6/30/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $82,500.00 | Total Compensable Receipts: | $163,299.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,500.00 | Total Comp/Non Comp Receipts: | $163,299.68 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $65,357.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $65,357.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | | |
|---|---|---|
| **Case No.** 17-58141 | **Trustee Name:** | Tamara Miles Ogier |
| **Case Name:** TRI-STATE TIRE SERVICE, INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***5790 | **Checking Acct #:** | ******4102 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | estate funds |
| **For Period Beginning:** 07/01/2019 | **Blanket bond (per case limit):** | $42,250,000.00 |
| **For Period Ending:** 06/30/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2017 | (2) | Wells Fargo | account turnover | | 1229-000 | $35.45 | | $35.45 |
| 07/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.03 | $35.42 |
| 08/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.05 | $35.37 |
| 09/28/2017 | | Bullseye Auction & Appraisal | order - motion to sell - #44 - 08/09/2017 | | * | $51,343.26 | | $51,378.63 |
| | {9} | | | $60,260.00 | 1229-000 | | | $51,378.63 |
| | | | Bullseye Auction & Appraisal | ($2,890.74) | 3620-000 | | | $51,378.63 |
| | | | Bullseye Auction & Appraisal | ($6,026.00) | 3610-000 | | | $51,378.63 |
| 09/29/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $10.74 | $51,367.89 |
| 10/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $80.21 | $51,287.68 |
| 11/30/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $80.09 | $51,207.59 |
| 12/06/2017 | 10001 | Bullseye Auction and Appraisal | order, docket no 50 | | * | | $8,916.74 | $42,290.85 |
| | | | | ($6,026.00) | 3610-003 | | | $42,290.85 |
| | | | | ($2,890.74) | 3620-000 | | | $42,290.85 |
| 12/29/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $82.63 | $42,208.22 |
| 01/03/2018 | (13) | Principal Life Insurance | insurance refund | | 1229-000 | $1,694.02 | | $43,902.24 |
| 01/03/2018 | 10001 | VOID: Bullseye Auction and Appraisal | order, docket no 50 | | * | | ($8,916.74) | $52,818.98 |
| | | | | $6,026.00 | 3610-003 | | | $52,818.98 |
| | | | | $2,890.74 | 3620-003 | | | $52,818.98 |
| 01/03/2018 | 10002 | Lightning Propco V, LLC | Rent - Order docket no 53, 12/28/17 | | 2410-000 | | $15,168.49 | $37,650.49 |
| 01/04/2018 | 10003 | International Sureties, Ltd. | Bond Payment 016027955 | | 2300-000 | | $19.20 | $37,631.29 |
| 01/31/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $72.40 | $37,558.89 |
| 02/28/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $54.74 | $37,504.15 |
| 03/30/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $62.47 | $37,441.68 |
| 04/30/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $56.52 | $37,385.16 |
| 05/31/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $60.32 | $37,324.84 |
| | | | | **SUBTOTALS** | | $53,072.73 | $15,747.89 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| | | |
|---|---|---|
| **Case No.** 17-58141 | **Trustee Name:** | Tamara Miles Ogier |
| **Case Name:** TRI-STATE TIRE SERVICE, INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***5790 | **Checking Acct #:** | ******4102 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | estate funds |
| **For Period Beginning:** 07/01/2019 | **Blanket bond (per case limit):** | $42,250,000.00 |
| **For Period Ending:** 06/30/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $60.23 | $37,264.61 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $58.19 | $37,206.42 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $65.85 | $37,140.57 |
| 01/04/2019 | 10004 | Liberty Mutual Insurance Company | Bond Payment | 2300-000 | | $23.31 | $37,117.26 |
| 07/02/2019 | (12) | Toyo Tires | preference settlement - order doc no 77 | 1241-000 | $100,000.00 | | $137,117.26 |
| 07/18/2019 | (12) | Tyres International | preference settlement - order doc no 78 | 1241-000 | $39,456.00 | | $176,573.26 |
| 09/12/2019 | (12) | American Omni Trading Co. | preference settlement - doc no 86 | 1241-000 | $97,852.45 | | $274,425.71 |
| 01/15/2020 | 10005 | Liberty Mutual Insurance Company | Bond Payment | 2300-000 | | $93.80 | $274,331.91 |
| 01/16/2020 | 10005 | VOID: Liberty Mutual Insurance Company | bond payment | 2300-003 | | ($93.80) | $274,425.71 |
| 01/16/2020 | 10006 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $93.80 | $274,331.91 |
| 03/09/2020 | (12) | Karen Patrick | 9019 approved 2.24.20 docket no 91 | 1241-000 | $35,000.00 | | $309,331.91 |
| 05/04/2020 | (12) | DuroTire | 9019 settlement payment - doc no. 94 4/29/20 | 1241-000 | $150,000.00 | | $459,331.91 |

**SUBTOTALS** $422,308.45 $301.38

| Case No. | 17-58141 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | Checking Acct #: | ******4102 |
| Co-Debtor Taxpayer ID #: | | Account Title: | estate funds |
| For Period Beginning: | 07/01/2019 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 06/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $475,381.18 | $16,049.27 | $459,331.91 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $475,381.18 | $16,049.27 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $475,381.18 | $16,049.27 | |

| For the period of 07/01/2019 to 06/30/2020 | | For the entire history of the account between 07/11/2017 to 6/30/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $422,308.45 | Total Compensable Receipts: | $484,297.92 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $422,308.45 | Total Comp/Non Comp Receipts: | $484,297.92 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $93.80 | Total Compensable Disbursements: | $24,966.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $93.80 | Total Comp/Non Comp Disbursements: | $24,966.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8

| | |
|---|---|
| Case No. | 17-58141 |
| Case Name: | TRI-STATE TIRE SERVICE, INC. |
| Primary Taxpayer ID #: | **-***5790 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2019 |
| For Period Ending: | 06/30/2020 |

| | |
|---|---|
| Trustee Name: | Tamara Miles Ogier |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******4102 |
| Account Title: | estate funds |
| Blanket bond (per case limit): | $42,250,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $638,680.86 | $81,407.20 | $557,273.66 |

| For the period of 07/01/2019 to 06/30/2020 | | For the entire history of the account between 07/11/2017 to 6/30/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $504,808.45 | Total Compensable Receipts: | $647,597.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $504,808.45 | Total Comp/Non Comp Receipts: | $647,597.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $93.80 | Total Compensable Disbursements: | $90,323.94 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $93.80 | Total Comp/Non Comp Disbursements: | $90,323.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TAMARA MILES OGIER

TAMARA MILES OGIER