UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: § Case No. 17-58141-JWC
§
TRI-STATE TIRE SERVICE, INC. §
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Tamara Miles Ogier, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $570,390.35 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $430,672.84 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $216,924.76 | | |

3) Total gross receipts of $647,597.60 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $647,597.60 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $73,504.83 | $65,357.93 | $65,357.93 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $252,621.24 | $216,924.76 | $216,924.76 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $17.73 | $17.73 | $17.73 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $1,510,205.06 | $1,510,205.06 | $365,297.18 |
| **Total Disbursements** | $0.00 | $1,836,348.86 | $1,792,505.48 | $647,597.60 |

4). This case was originally filed under chapter 7 on 05/03/2017. The case was pending for 47 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2021            By:   /s/ Tamara Miles Ogier
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| accounts receivable of various age | 1121-000 | $80,799.68 |
| autos and trucks | 1229-000 | $60,260.00 |
| Principal Life Insurance policy | 1229-000 | $1,694.02 |
| Wells Fargo bank account | 1229-000 | $35.45 |
| Preferences and fraudulent conveyances | 1241-000 | $504,808.45 |
| **TOTAL GROSS RECEIPTS** | | $647,597.60 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Fidelity Bank | 4210-000 | $0.00 | $73,504.83 | $65,357.93 | $65,357.93 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $73,504.83 | $65,357.93 | $65,357.93 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $35,629.88 | $35,629.88 | $35,629.88 |
| Claim Amount, Trustee | 2200-000 | NA | $73.35 | $73.35 | $73.35 |
| International Sureties, Ltd. | 2300-000 | NA | $113.00 | $113.00 | $113.00 |
| Liberty Mutual Insurance Company | 2300-000 | NA | $23.31 | $23.31 | $23.31 |
| Lightning Propco V, LLC | 2410-000 | NA | $50,864.97 | $15,168.49 | $15,168.49 |
| Green Bank | 2600-000 | NA | $744.47 | $744.47 | $744.47 |
| Veritex Community Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| U.S. Bankruptcy Court, Clerk | 2700-000 | NA | $2,450.00 | $2,450.00 | $2,450.00 |
| Claim Amount, Attorney for Trustee | 3110-000 | NA | $83,153.00 | $83,153.00 | $83,153.00 |
| Claim Amount, Attorney for Trustee | 3120-000 | NA | $571.77 | $571.77 | $571.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Claim Amount, Accountant for Trustee | 3410-000 | NA | $69,819.00 | $69,819.00 | $69,819.00 |
| Claim Amount, Accountant for Trustee | 3420-000 | NA | $261.75 | $261.75 | $261.75 |
| Bullseye Auction & Appraisal, On-Line Auctioneer for Trustee | 3630-000 | NA | $6,026.00 | $6,026.00 | $6,026.00 |
| Bullseye Auction & Appraisal, On-Line Auctioneer for Trustee | 3640-000 | NA | $2,890.74 | $2,890.74 | $2,890.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $252,621.24 | $216,924.76 | $216,924.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2A | Internal Revenue Service | 5800-000 | $0.00 | $17.73 | $17.73 | $17.73 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $17.73 | $17.73 | $17.73 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Korea Trade Insurance Corporation (Ksure) | 7100-000 | $0.00 | $125,213.35 | $125,213.35 | $30,287.45 |
| 2-2B | Internal Revenue Service | 7300-000 | $0.00 | $5.60 | $5.60 | $0.00 |
| 3-2 | Infinite Energy Inc. | 7100-000 | $0.00 | $684.90 | $684.90 | $165.67 |
| 4 | Capital One Bank (USA), N.A. by | 7100-000 | $0.00 | $222.26 | $222.26 | $53.76 |
| 5 | Yokohama Tire Corporation | 7100-000 | $0.00 | $163,731.00 | $163,731.00 | $39,604.35 |
| 6 | Carrolls, LLC | 7100-000 | $0.00 | $396.00 | $396.00 | $95.79 |
| 7 | Duro Tire and Wheel | 7100-000 | $0.00 | $68,399.20 | $68,399.20 | $16,544.86 |
| 8a | Lightning Propco V, LLC | 7100-000 | $0.00 | $221,908.53 | $221,908.53 | $53,676.72 |
| 9u | Fidelity Bank | 7100-000 | $0.00 | $929,644.22 | $929,644.22 | $224,868.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,510,205.06 | $1,510,205.06 | $365,297.18 |

UST Form 101-7-TDR (10/1/2010)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 17-58141-JWC | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | Date Filed (f) or Converted (c): | 05/03/2017 (f) |
| For the Period Ending: | 4/6/2021 | §341(a) Meeting Date: | 06/06/2017 |
| | | Claims Bar Date: | 08/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | accounts receivable of various age | $1,977,439.18 | $677,439.18 | | $80,799.68 | FA |
| Asset Notes: | Subject to blanket lien - no equity for Estate | | | | | |
| 2 | Wells Fargo bank account | $0.00 | $35.45 | | $35.45 | FA |
| 3 | checking account/operating account | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Checking account payroll account | $116,690.11 | $116,690.11 | | $0.00 | FA |
| Asset Notes: | Subject to lien - no equity for Estate | | | | | |
| 5 | cash in bank FSA account | $2,949.87 | $2,949.87 | | $0.00 | FA |
| 6 | inventory | $215,581.88 | $215,581.88 | | $0.00 | FA |
| Asset Notes: | Subject to lien - no equity for Estate | | | | | |
| 7 | capitalized inventory | $63,143.59 | $63,143.59 | | $0.00 | FA |
| Asset Notes: | Subject to lien - no equity for Estate | | | | | |
| 8 | software and tech | $48,644.00 | $48,644.00 | | $0.00 | FA |
| 9 | autos and trucks | $357,733.40 | $357,733.40 | | $60,260.00 | FA |
| 10 | leasehold improvements | $25,785.52 | $25,785.52 | | $0.00 | FA |
| 11 | machinery and equipment | $97,377.38 | $97,377.38 | | $0.00 | FA |
| Asset Notes: | Subject to lien - no equity for Estate | | | | | |
| 12 | Preferences and fraudulent conveyances (u) | $0.00 | $100,000.00 | | $504,808.45 | FA |
| 13 | Principal Life Insurance policy (u) | $0.00 | $1,694.02 | | $1,694.02 | FA |
| 14 | Cash on hand (u) | $218.00 | $218.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$2,905,562.93          $1,707,292.40          $647,597.60          $0.00

**Major Activities affecting case closing:**
06/08/2020    TDR

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | /s/ TAMARA MILES OGIER | |
| Current Projected Date Of Final Report (TFR): | 12/31/2020 | TAMARA MILES OGIER | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-58141-JWC | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2017 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 4/6/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/17/2017 | (1) | Monro Muffler/Brake | accounts receivable | 1121-000 | $621.53 | | $621.53 |
| 05/17/2017 | (1) | Townsend Service Station | accounts receivable | 1121-000 | $67.50 | | $689.03 |
| 05/17/2017 | (1) | E and R Tires Inc | accounts receivable | 1121-000 | $5,443.04 | | $6,132.07 |
| 05/17/2017 | (1) | Hill Tire Co | accounts receivable | 1121-000 | $6,251.40 | | $12,383.47 |
| 05/17/2017 | (1) | Western Distributors DBA Western Wheel & Tire | accounts receivable | 1121-000 | $332.56 | | $12,716.03 |
| 05/17/2017 | (1) | Snider Fleet Solutions | accounts receivable | 1121-000 | $20.60 | | $12,736.63 |
| 05/17/2017 | (1) | Atlanta Commercial Tire | accounts receivable | 1121-000 | $2,141.46 | | $14,878.09 |
| 05/17/2017 | (1) | Tire Distributors of Georgia Inc | accounts receivable | 1121-000 | $2,627.24 | | $17,505.33 |
| 05/17/2017 | (1) | Heritage Auto Group | accounts receivable | 1121-000 | $2,334.43 | | $19,839.76 |
| 05/17/2017 | (1) | Shottenkirk Ford | accounts receivable | 1121-000 | $530.74 | | $20,370.50 |
| 05/17/2017 | (1) | Southern Tire Mart | accounts receivable | 1121-000 | $114.38 | | $20,484.88 |
| 05/17/2017 | (1) | Roswell Infinity/Infinity of Gwinnett/Subaru of Gwinnett | accounts receivable | 1121-000 | $166.73 | | $20,651.61 |
| 05/17/2017 | (1) | Classic Collision, Inc | accounts receivable | 1121-000 | $755.34 | | $21,406.95 |
| 05/17/2017 | (1) | Classic Collision of Sandy Springs | accounts receivable | 1121-000 | $78.50 | | $21,485.45 |
| 05/17/2017 | (1) | Ed Voyles Honda | accounts receivable | 1121-000 | $39.00 | | $21,524.45 |
| 05/17/2017 | (1) | Classic Collion of Gwinnett Place | accounts receivable | 1121-000 | $1,843.41 | | $23,367.86 |
| 05/17/2017 | (1) | Monro Muffler/Brake | accounts receivable | 1121-000 | $1,398.90 | | $24,766.76 |
| 05/17/2017 | (1) | American International Movers Inc | accounts receivable | 1121-000 | $1,618.12 | | $26,384.88 |
| 05/17/2017 | (1) | Greenville Automotive Group Nalley Autopmotive Group | accounts receivable | 1121-000 | $155.88 | | $26,540.76 |
| 05/17/2017 | (1) | Contractors Tire Co Inc | accounts receivable | 1121-000 | $889.60 | | $27,430.36 |
| 06/13/2017 | (1) | Monro Muffler/Brake | accounts receivable | 1121-000 | $632.64 | | $28,063.00 |
| 06/13/2017 | (1) | Shottenkirk Honda | accounts receivable | 1121-000 | $10,718.04 | | $38,781.04 |
| 06/13/2017 | (1) | Kennesaw Tire Co Inc | accounts receivable | 1121-000 | $5,362.01 | | $44,143.05 |
| 06/13/2017 | (1) | Hill Tire Co | accounts receivable | 1121-000 | $45.77 | | $44,188.82 |
| 06/13/2017 | (1) | Kram Tire International | accounts receivable | 1121-000 | $87.00 | | $44,275.82 |

SUBTOTALS    $44,275.82    $0.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-58141-JWC | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2017 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 4/6/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/13/2017 | (1) | Palmer Dodge Chrysler Jeep | accounts receivable | 1121-000 | $2,572.08 | | $46,847.90 |
| 06/13/2017 | (1) | EMS of Georgia | accounts receivable | 1121-000 | $446.40 | | $47,294.30 |
| 06/13/2017 | (1) | Wilkinson Tire Center, Inc | accounts receivable | 1121-000 | $117.40 | | $47,411.70 |
| 06/13/2017 | (1) | Robby's Hitchin Post LLC | accounts receivable | 1121-000 | $500.00 | | $47,911.70 |
| 06/13/2017 | (1) | Walsh Honda | accounts receivable | 1121-000 | $7,250.29 | | $55,161.99 |
| 06/13/2017 | (1) | Action Environmental LLC | accounts receivable | 1121-000 | $322.71 | | $55,484.70 |
| 06/13/2017 | (1) | Monro Muffler/Brake | accounts receivable | 1121-000 | $435.61 | | $55,920.31 |
| 06/13/2017 | (1) | Lanier Tire & Wheel, Inc | accounts receivable | 1121-000 | $1,165.58 | | $57,085.89 |
| 06/13/2017 | (1) | Regal Nissan Inc | accounts receivable | 1121-000 | $360.56 | | $57,446.45 |
| 06/13/2017 | (1) | Javelin Southeast Inc. | accounts receivable | 1121-000 | $668.53 | | $58,114.98 |
| 06/13/2017 | (1) | Classic Collision of Rome | accounts receivable | 1121-000 | $59.00 | | $58,173.98 |
| 06/13/2017 | (1) | Action Tire Co | accounts receivable | 1121-000 | $909.11 | | $59,083.09 |
| 06/13/2017 | (1) | Robert Loehr Dodge Jeep | accounts receivable | 1121-000 | $9,527.91 | | $68,611.00 |
| 06/13/2017 | (1) | BridgestoneRetail Operations | accounts receivable | 1121-000 | $240.58 | | $68,851.58 |
| 06/13/2017 | (1) | Howards Full Service Inc | accounts receivable | 1121-000 | $1,464.10 | | $70,315.68 |
| 06/13/2017 | (1) | Athens Trailer Supply | accounts receivable | 1121-000 | $124.90 | | $70,440.58 |
| 06/13/2017 | (1) | US Auto Sales | accounts receivable | 1121-000 | $386.46 | | $70,827.04 |
| 06/13/2017 | (1) | Dekalb Tire | accounts receivable | 1121-000 | $1,531.23 | | $72,358.27 |
| 06/13/2017 | (1) | Stivers Subaru | accounts receivable | 1121-000 | $79.18 | | $72,437.45 |
| 06/21/2017 | (1) | Monro Myffler/Brake | accounts receivable | 1121-000 | $800.76 | | $73,238.21 |
| 06/21/2017 | (1) | Ginn Chevrolet | accounts receivable | 1121-000 | $205.56 | | $73,443.77 |
| 06/21/2017 | (1) | ADP | accounts receivable | 1121-000 | $153.91 | | $73,597.68 |
| 06/27/2017 | (1) | Kram Tire International | accounts receivable | 1121-000 | $311.76 | | $73,909.44 |
| 06/28/2017 | (1) | BMW of Gwinnett Place | accounts receivable | 1121-000 | $813.56 | | $74,723.00 |
| 06/28/2017 | (1) | Action Tire Co | accounts receivable | 1121-000 | $94.14 | | $74,817.14 |
| 07/11/2017 | (1) | Neighborhood Tire Pros | accounts receivable | 1121-000 | $89.34 | | $74,906.48 |
| 07/11/2017 | (1) | Howards Full Service, Inc | accounts receivable | 1121-000 | $1,265.92 | | $76,172.40 |
| | | | | SUBTOTALS | $31,896.58 | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-58141-JWC | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/3/2017 | | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2017 | (1) | Wheel Group Holdings LLC | accounts receivable | 1121-000 | $1,859.04 | | $78,031.44 |
| 07/17/2017 | (1) | Howards Full Service, Inc | accounts receivable | 1121-000 | ($1,265.92) | | $76,765.52 |
| 07/19/2017 | (1) | Carey Paul Honda | accounts receivable | 1121-000 | $2,273.06 | | $79,038.58 |
| 07/19/2017 | (1) | Southern Tire Mart, LLC | accounts receivable | 1121-000 | $65.80 | | $79,104.38 |
| 07/27/2017 | (1) | Courtesy | accounts receivable | 1121-000 | $611.84 | | $79,716.22 |
| 07/27/2017 | (1) | Snider Fleet Solutions | accounts receivable | 1121-000 | $20.60 | | $79,736.82 |
| 08/08/2017 | (1) | Maxxis | accounts receivable | 1121-000 | $589.62 | | $80,326.44 |
| 08/08/2017 | (1) | Citibank, NA | accounts receivable | 1121-000 | $31.49 | | $80,357.93 |
| 08/14/2017 | 1001 | Fidelity Bank | pmt of secured claim approved per Order entered 8/09/2017 (Doc #45) | 4210-000 | | $65,357.93 | $15,000.00 |
| 09/12/2017 | (1) | North Georgia Tire | accounts receivable | 1121-000 | $441.75 | | $15,441.75 |
| 06/29/2020 | (12) | Yokohama Tire | 9019 settlement approved per Order entered 6/18/2020 (Doc #99) wire posted to wrong account on 6/29 | 1241-000 | $82,500.00 | | $97,941.75 |
| 07/01/2020 | (12) | DEP REVERSE: Yokohama Tire | Deposit reversal - posted to wrong account | 1241-000 | ($82,500.00) | | $15,441.75 |
| 09/29/2020 | | Transfer To: #*********4102 | | 9999-000 | | $15,441.75 | $0.00 |

| | | | | SUBTOTALS | $4,627.28 | $80,799.68 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 17-58141-JWC | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2017 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 4/6/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $80,799.68 | $80,799.68 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $15,441.75 | |
|  |  |  | Subtotal | | $80,799.68 | $65,357.93 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $80,799.68 | $65,357.93 | |

**For the period of 5/3/2017 to 4/6/2021**

| | |
|---|---|
| Total Compensable Receipts: | $80,799.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $80,799.68 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,357.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,357.93 |
| Total Internal/Transfer Disbursements: | $15,441.75 |

**For the entire history of the account between 05/17/2017 to 4/6/2021**

| | |
|---|---|
| Total Compensable Receipts: | $80,799.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $80,799.68 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,357.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,357.93 |
| Total Internal/Transfer Disbursements: | $15,441.75 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-58141-JWC | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | | Checking Acct #: | ******4102 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | estate funds |
| For Period Beginning: | 5/3/2017 | | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2017 | (2) | Wells Fargo | account turnover | 1229-000 | $35.45 | | $35.45 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.03 | $35.42 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.05 | $35.37 |
| 09/28/2017 | | Bullseye Auction & Appraisal | Order entered approving employment 6/27/2017 (Doc #36); Order approving Motion to Sell entered 8/09/2017 (Doc #44) | * | $51,343.26 | | $51,378.63 |
| | {9} | | $60,260.00 | 1229-000 | | | $51,378.63 |
| | | | Bullseye Auction & Appraisal   $(2,890.74) | 3640-000 | | | $51,378.63 |
| | | | Bullseye Auction & Appraisal   $(6,026.00) | 3630-000 | | | $51,378.63 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.74 | $51,367.89 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.21 | $51,287.68 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.09 | $51,207.59 |
| 12/06/2017 | 10001 | Bullseye Auction and Appraisal | Voided as duplicative - Order (Doc #50) | * | | $8,916.74 | $42,290.85 |
| | | | $(6,026.00) | 3630-003 | | | $42,290.85 |
| | | | $(2,890.74) | 3620-000 | | | $42,290.85 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $82.63 | $42,208.22 |
| 01/03/2018 | (13) | Principal Life Insurance | insurance refund | 1229-000 | $1,694.02 | | $43,902.24 |
| 01/03/2018 | 10001 | VOID: Bullseye Auction and Appraisal | Void as duplicative; Order (Doc #50) | * | | ($8,916.74) | $52,818.98 |
| | | | $6,026.00 | 3610-003 | | | $52,818.98 |
| | | | $2,890.74 | 3620-003 | | | $52,818.98 |
| 01/03/2018 | 10002 | Lightning Propco V, LLC | Payment of Rent, approved per Order entered 12/28/2017 (Doc #53) | 2410-000 | | $15,168.49 | $37,650.49 |
| 01/04/2018 | 10003 | International Sureties, Ltd. | Bond Payment 016027955 | 2300-000 | | $19.20 | $37,631.29 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $72.40 | $37,558.89 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $54.74 | $37,504.15 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $62.47 | $37,441.68 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $56.52 | $37,385.16 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $60.32 | $37,324.84 |
| | | | **SUBTOTALS** | | **$53,072.73** | **$15,747.89** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-58141-JWC | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | | Checking Acct #: | ******4102 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | estate funds |
| For Period Beginning: | 5/3/2017 | | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $60.23 | $37,264.61 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $58.19 | $37,206.42 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $65.85 | $37,140.57 |
| 01/04/2019 | 10004 | Liberty Mutual Insurance Company | 2019 Bond Payment | 2300-000 | | $23.31 | $37,117.26 |
| 07/02/2019 | (12) | Toyo Tires | Complaint against Toyo Tire Holdings, Adv. Proc. #19-5198; settlement approved per Order entered 6/26/2019 (Doc #77) | 1241-000 | $100,000.00 | | $137,117.26 |
| 07/18/2019 | (12) | Tyres International | Complaint against Tyres International, Inc., Adv. Proc. #19-5199; settlement approved per Order entered 6/26/2019 (Doc #78) | 1241-000 | $39,456.00 | | $176,573.26 |
| 09/12/2019 | (12) | American Omni Trading Co. | Complaint against American Omni Trading Company, LLC, Adv. Proc. #19-5194; settlement approved per Order entered 8/13/2019 (Doc #86) | 1241-000 | $97,852.45 | | $274,425.71 |
| 01/15/2020 | 10005 | Liberty Mutual Insurance Company | 2020 Bond Payment | 2300-003 | | $93.80 | $274,331.91 |
| 01/16/2020 | 10005 | VOID: Liberty Mutual Insurance Company | bond payment | 2300-003 | | ($93.80) | $274,425.71 |
| 01/16/2020 | 10006 | International Sureties, Ltd. | 2020 Bond Payment | 2300-000 | | $93.80 | $274,331.91 |
| 03/09/2020 | (12) | Karen Patrick | Complaint against Karen S. Patrick, Adv. Proc. #19-5196; settlement approved per Order entered 2/24/20 (Doc #91) | 1241-000 | $35,000.00 | | $309,331.91 |
| 05/04/2020 | (12) | DuroTire | Complaint against Duro Tire & HWA Fong Rubber (USA) Inc., Adv. proc. #19-5195; settlement approved per Order entered 4/29/2020 (Doc #94) | 1241-000 | $150,000.00 | | $459,331.91 |
| 07/01/2020 | (12) | Yokohama Tire | Complaint against Yokohama Tire Corporation, Adv. Proc. #19-5200; settlement approved per Order entered 6/18/2020 (Doc #99) | 1241-000 | $82,500.00 | | $541,831.91 |
| 09/29/2020 | | Transfer From: #*********4101 | | 9999-000 | $15,441.75 | | $557,273.66 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $928.28 | $556,345.38 |
| 11/02/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | ($928.28) | $557,273.66 |
| 11/10/2020 | 10007 | Tamara Miles Ogier | Trustee Compensation Trustee Expenses | * | | $35,703.23 | $521,570.43 |
| | | | Claim Amount  $(35,629.88) | 2100-000 | | | $521,570.43 |
| | | | Claim Amount  $(73.35) | 2200-000 | | | $521,570.43 |
| | | | | **SUBTOTALS** | **$520,250.20** | **$36,004.61** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-58141-JWC | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | | Checking Acct #: | ******4102 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | estate funds |
| For Period Beginning: | 5/3/2017 | | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2020 | 10008 | U.S. Bankruptcy Court, Clerk | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 2,450.00; Amount Allowed: 2,450.00; | 2700-000 | | $2,450.00 | $519,120.43 |
| 11/10/2020 | 10009 | Stonebridge Accounting & Forensics | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 261.75; Amount Allowed: 261.75; Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 69,819.00; Amount Allowed: 69,819.00; | * | | $70,080.75 | $449,039.68 |
| | | | Claim Amount                    $(261.75) | 3420-000 | | | $449,039.68 |
| | | | Claim Amount                    $(69,819.00) | 3410-000 | | | $449,039.68 |
| 11/10/2020 | 10010 | Ogier, Rothschild & Rosenfeld, P.C. | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 571.77; Amount Allowed: 571.77; Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 83,153.00; Amount Allowed: 83,153.00; | * | | $83,724.77 | $365,314.91 |
| | | | Claim Amount                    $(571.77) | 3120-000 | | | $365,314.91 |
| | | | Claim Amount                    $(83,153.00) | 3110-000 | | | $365,314.91 |
| 11/10/2020 | 10011 | Korea Trade Insurance Corporation (Ksure) | Distribution Dividend: 24.19; Claim #: 1; Amount Claimed: 125,213.35; Amount Allowed: 125,213.35; | 7100-000 | | $30,287.45 | $335,027.46 |
| 11/10/2020 | 10012 | Internal Revenue Service | Distribution Dividend: 100.00; Claim #: 2; Amount Claimed: 17.73; Amount Allowed: 17.73; | 5800-000 | | $17.73 | $335,009.73 |
| 11/10/2020 | 10013 | Infinite Energy Inc. | Distribution Dividend: 24.19; Claim #: 3; Amount Claimed: 684.90; Amount Allowed: 684.90; | 7100-000 | | $165.67 | $334,844.06 |
| 11/10/2020 | 10014 | Capital One Bank (USA), N.A. by | Distribution Dividend: 24.19; Claim #: 4; Amount Claimed: 222.26; Amount Allowed: 222.26; | 7100-000 | | $53.76 | $334,790.30 |
| 11/10/2020 | 10015 | Yokohama Tire Corporation | Distribution Dividend: 24.19; Claim #: 5; Amount Claimed: 163,731.00; Amount Allowed: 163,731.00; | 7100-000 | | $39,604.35 | $295,185.95 |
| 11/10/2020 | 10016 | Carrolls, LLC | Distribution Dividend: 24.19; Claim #: 6; Amount Claimed: 396.00; Amount Allowed: 396.00; | 7100-000 | | $95.79 | $295,090.16 |
| 11/10/2020 | 10017 | Duro Tire and Wheel | Distribution Dividend: 24.19; Claim #: 7; Amount Claimed: 68,399.20; Amount Allowed: 68,399.20; | 7100-000 | | $16,544.86 | $278,545.30 |
| 11/10/2020 | 10018 | Lightning Propco V, LLC | Distribution Dividend: 24.19; Claim #: 8; Amount Claimed: 221,908.53; Amount Allowed: 221,908.53; | 7100-000 | | $53,676.72 | $224,868.58 |
| | | | **SUBTOTALS** | | $0.00 | $296,701.85 | |

**FORM 2**     Page No: 8     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 17-58141-JWC |
| Case Name: | TRI-STATE TIRE SERVICE, INC. |
| Primary Taxpayer ID #: | **-***5790 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 5/3/2017 |
| For Period Ending: | 4/6/2021 |

| | |
|---|---|
| Trustee Name: | Tamara Miles Ogier |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******4102 |
| Account Title: | estate funds |
| Blanket bond (per case limit): | $42,250,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2020 | 10019 | Fidelity Bank | Distribution Dividend: 24.19; Claim #: 9; Amount Claimed: 929,644.22; Amount Allowed: 929,644.22; | 7100-000 | | $224,868.58 | $0.00 |
| 02/18/2021 | 10015 | STOP PAYMENT: Yokohama Tire Corporation | Distribution Dividend: 24.19; Claim #: 5; Amount Claimed: 163,731.00; Amount Allowed: 163,731.00; | 7100-004 | | ($39,604.35) | $39,604.35 |
| 02/18/2021 | 10020 | Yokohama Tire Corporation | Distribution Dividend: 24.19; Claim #: 5; Amount Claimed: 163,731.00; Amount Allowed: 163,731.00; | 7100-000 | | $39,604.35 | $0.00 |
| | | | **TOTALS:** | | $573,322.93 | $573,322.93 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $15,441.75 | $0.00 | |
| | | | **Subtotal** | | $557,881.18 | $573,322.93 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $557,881.18 | $573,322.93 | |

| For the period of 5/3/2017 to 4/6/2021 | | For the entire history of the account between 07/11/2017 to 4/6/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $566,797.92 | Total Compensable Receipts: | $566,797.92 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $566,797.92 | Total Comp/Non Comp Receipts: | $566,797.92 |
| Total Internal/Transfer Receipts: | $15,441.75 | Total Internal/Transfer Receipts: | $15,441.75 |
| | | | |
| Total Compensable Disbursements: | $582,239.67 | Total Compensable Disbursements: | $582,239.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $582,239.67 | Total Comp/Non Comp Disbursements: | $582,239.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2                                                                                                                    Page No: 9                Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-58141-JWC | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TRI-STATE TIRE SERVICE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5790 | Checking Acct #: | ******4102 |
| Co-Debtor Taxpayer ID #: | | Account Title: | estate funds |
| For Period Beginning: | 5/3/2017 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 4/6/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $638,680.86 | $638,680.86 | $0.00 |

| For the period of 5/3/2017 to 4/6/2021 | | For the entire history of the case between 05/03/2017 to 4/6/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $647,597.60 | Total Compensable Receipts: | $647,597.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $647,597.60 | Total Comp/Non Comp Receipts: | $647,597.60 |
| Total Internal/Transfer Receipts: | $15,441.75 | Total Internal/Transfer Receipts: | $15,441.75 |
| | | | |
| Total Compensable Disbursements: | $647,597.60 | Total Compensable Disbursements: | $647,597.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $647,597.60 | Total Comp/Non Comp Disbursements: | $647,597.60 |
| Total Internal/Transfer Disbursements: | $15,441.75 | Total Internal/Transfer Disbursements: | $15,441.75 |

/s/ TAMARA MILES OGIER

TAMARA MILES OGIER